# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

RALPH D. WILDER, Derivatively on Behalf of SONIC
SOLUTIONS,

                        Plaintiff,

        vs.

ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A.
CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER
J. MARGUGLIO and R. WARREN LANGLEY,

                        Defendants,

      – and –

SONIC SOLUTIONS, a California corporation,

                    Nominal Defendant.

**E-Filing**

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C 07 1500 MEJ**

      TO: (Name and address of defendant)

    SEE ATTACHMENT B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545

an answer to the complaint which is herewith served upon you, within    20   days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

**CLERK**

DATE _____  **MAR 1 5 2007**

    MARY ANN BUCKLEY

**(BY) DEPUTY CLERK**

# ATTACHMENT B

**Sonic Solutions**
Registered Agent:
A. Clay Leighton
101 Rowland Way
Novato, CA 94945

**Robert J. Doris**
10 Madrona Avenue
Belvedere Tiburon, CA 94920

**David C. Habiger**
111 North Adams Street
Hinsdale, IL 60521

**Mary C. Sauer**
10 Madrona Avenue
Belvedere Tiburon, CA 94920

**A. Clay Leighton**
1264 6th Avenue
San Francisco, CA 94122

**Mark Ely**
105 Cypress Avenue
Kentfield, CA 94904

**Robert M. Greber**
11 Mount Tiburon Road
Belvedere Tiburon, CA 94920

**Peter J. Marguglio**
4 Mariposa Court
Belvedere Tiburon, CA 94920

**R. Warren Langley**
2316 Leavenworth Street
San Francisco, CA 94133

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>*Telephone No:* 415-288-4545 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United Stated District Court - Northern District Of California |

*Plaintiff:* Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al.

*Defendant:* Robert J. Doris, et al.

| **PROOF OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

| *3. a. Party served:* | Sonic Solutions |
|---|---|
| *b. Person served:* | Darlene Escamila, Person Authorized to Accept Service of Process |

| *4. Address where the party was served:* | Sonic Solutions<br>101 Rowland Way<br>Novato, CA  94945 |
|---|---|

*5. I served the party:*

    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at:  12:05PM

*7. Person Who Served Papers:*

    a. Oleg  Grinshpan

Recoverable Cost Per CCP 1033.5(a)(4)(B)



1ᵗ Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

    d.  *The Fee for Service was:*

    e.  I am: (3)  registered California process server

        *(i)*  Independent Contractor

        *(ii)  Registration No.:*  P-378

        *(iii)  County:*  Sonoma

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Mar. 26, 2007

PROOF OF SERVICE
Summons

(Oleg  Grinshpan)

*shwil.58630*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United Stated District Court - Northern District Of California |

| Plaintiff: Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. |
|---|
| Defendant: Robert J. Doris, et al. |

| PROOF OF SERVICE<br>Summons | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

| *3. a. Party served:* | Robert J. Doris |
|---|---|
| *b. Person served:* | Darlene Escamila, Person Authorized to Accept Service of Process |

| *4. Address where the party was served:* | Sonic Solutions<br>101 Rowland Way<br>Novato, CA 94945 |
|---|---|

*5. I served the party:*

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

*7. Person Who Served Papers:*               Recoverable Cost Per CCP 1033.5(a)(4)(B)

   a. Oleg Grinshpan



1ˢᵗ Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.6990**
**FAX: 916.449.8991**

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server

       *(i)* Independent Contractor

       *(ii) Registration No.:*   P-378

       *(iii) County:*   Sonoma

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Mar. 26, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**Summons**

(Oleg Grinshpan)

*shwil.58631*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United Stated District Court - Northern District Of California | | | | |
| *Plaintiff:* Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. | | | | |
| *Defendant:* Robert J. Doris, et al. | | | | |
| **PROOF OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C071500MEJ |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

3. *a. Party served:*                 David D. Habiger
   *b. Person served:*            Darlene Escamila, Person Authorized to Accept Service of Process

4. *Address where the party was served:*     Sonic Solutions
                                             101 Rowland Way
                                             Novato, CA 94945

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan



   1ˢᵗ Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   **Voice: 916.449.8990**
   **FAX: 916.449.8991**

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server
           (i)   Independent Contractor
           (ii)  *Registration No.:*    P-378
           (iii)  *County:*            Sonoma

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Mar. 26, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE
                                         Summons                          (Oleg Grinshpan)         *shwil.58632*

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United Stated District Court - Northern District Of California

*Plaintiff:* Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al.

*Defendant:* Robert J. Doris, et al.

| **PROOF OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

*3. a. Party served:*  Mary C. Sauer
  *b. Person served:*  Darlene Escamila, Person Authorized to Accept Service of Process

*4. Address where the party was served:*  Sonic Solutions
  101 Rowland Way
  Novato, CA 94945

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

*7. Person Who Served Papers:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. Oleg Grinshpan

  

  1ᵉ Nationwide Legal Services
  501 12th Street
  Sacramento CA, 95814

  **Voice: 916.449.8990**
  **FAX: 916.449.8991**

  d.  *The Fee for Service was:*

  e.  I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*  P-378
      *(iii) County:*  Sonoma

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
  Date:Mon, Mar. 26, 2007

**PROOF OF SERVICE**
**Summons**



(Oleg Grinshpan)

*shwil.58634*

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | |
| Plaintiff: Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. | | | | |
| Defendant: Robert J. Doris, et al. | | | | |
| **PROOF OF SERVICE**<br>**Summons** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C071500MEJ |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

3. *a. Party served:*             A. Clay Leighton
   *b. Person served:*         Darlene Escamila, Person Authorized to Accept Service of Process

4. *Address where the party was served:*         Sonic Solutions
                                                101 Rowland Way
                                                Novato, CA 94945

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                      d. *The Fee for Service was:*



         1ˢᵗ Nationwide Legal Services
         501 12th Street
         Sacramento CA, 95814

         **Voice: 916.449.8990**
         **FAX: 916.449.8991**

e. I am: (3) registered California process server
        *(i)*    Independent Contractor
        *(ii)*   *Registration No.:*    P-378
        *(iii)*  *County:*             Sonoma

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 26, 2007

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | |

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

United Stated District Court - Northern District Of California

*Plaintiff:* Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al.

*Defendant:* Robert J. Doris, et al.

| **PROOF OF SERVICE**<br>**Summons** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

| *3. a. Party served:* | Mark Ely |
|---|---|
| *b. Person served:* | Darlene Escamila, Person Authorized to Accept Service of Process |

| *4. Address where the party was served:* | Sonic Solutions<br>101 Rowland Way<br>Novato, CA 94945 |
|---|---|

*5. I served the party:*

    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

*7. Person Who Served Papers:*
    a. Oleg Grinshpan



1ᵗ Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:*

e.  I am: (3) registered California process server

      *(i)*   Independent Contractor

      *(ii)*  *Registration No.:*  P-378

      *(iii) County:*  Sonoma

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date:Mon, Mar. 26, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons | (Oleg Grinshpan) | shwil.58636 |
|---|---|---|---|

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Lerach Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 Telephone No: 415-288-4545 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Northern District Of California | | | | |
| Plaintiff: Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. Defendant: Robert J. Doris, et al. | | | | |

| PROOF OF SERVICE Summons | Hearing Date: | Time: | Dept/Div: | Case Number: C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

*3. a. Party served:*                          Robert M. Greber
    *b. Person served:*                         Darlene Escamila, Person Authorized to Accept Service of Process

*4. Address where the party was served:*        Sonic Solutions
                                                101 Rowland Way
                                                Novato, CA 94945

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 23, 2007 (2) at: 12:05PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

*7. Person Who Served Papers:*
    a. Oleg Grinshpan                          *d. The Fee for Service was:*



1ª Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

                                               e. I am: (3) registered California process server
                                                   *(i)*   Independent Contractor
                                                   *(ii)*  *Registration No.:*   P-378
                                                   *(iii)* *County:*             Sonoma

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Mon, Mar. 26, 2007

                                    PROOF OF SERVICE
                                    Summons                    (Oleg Grinshpan)          shwil.58637

| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>*Telephone No:* 415-288-4545 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United Stated District Court - Northern District Of California | | |
| *Plaintiff:* Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. | | |
| *Defendant:* Robert J. Doris, et al. | | |

| **PROOF OF SERVICE**<br>**Summons** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines;
    Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

| *3. a. Party served:* | Peter J. Marguglio |
|---|---|
| *b. Person served:* | Peter J. Marguglio, Personally |

| *4. Address where the party was served:* | 4 Mariposa Court<br>Belvedere Tiburon, CA  94920 |
|---|---|

*5. I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
        process for the party (1) on: Sun., Mar. 25, 2007 (2) at: 3:00PM

*7. Person Who Served Papers:*                                                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Oleg  Grinshpan                                           *d.  The Fee for Service was:*



1ˢᵗ Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

    e.  I am: (3)  registered California process server
        *(i)*  Independent Contractor
        *(ii)  Registration No.:*  P-378
        *(iii)  County:*  Sonoma

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
    *America that the foregoing is true and correct.*
    Date:Tue, Mar. 27, 2007

PROOF OF SERVICE
Summons

(Oleg  Grinshpan)

*shwil.58638*

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | | | |
| Plaintiff: Ralph D. Wilder Derivatively on Behalf of Sonic Solutions, et al. | | | | |
| Defendant: Robert J. Doris, et al. | | | | |

| **PROOF OF SERVICE**<br>**Summons** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C071500MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Verified Shareholder Derivative Complaint; Notice of Case Assignment; Local Court Guidelines; Order Setting Initial Case Management Conference and ADR Guidelines; ECF Registration Information Handout

3. *a. Party served:*                              R. Warren Langley
   *b. Person served:*                             R. Warren Langley, Personally

4. *Address where the party was served:*           2316 Leavenworth Street
                                                    San Francisco, CA 94133

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Mon., Apr. 02, 2007 (2) at: 3:15PM

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                              d. *The Fee for Service was:*



1ˢᵗ Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.9990
FAX: 916.449.9991

   e. I am: (3) registered California process server
        *(i)*   Independent Contractor
        *(ii)   Registration No.:*     P-378
        *(iii)  County:*               Sonoma

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
   *America that the foregoing is true and correct.*

   Date:Thu, Apr. 05, 2007

Judicial Council Form                    PROOF OF SERVICE                      (Oleg Grinshpan)
Rule 982.9.(a)&(b) Rev January 1, 2007   Summons                                                                    shwil.58639