LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                              Defendants,<br><br>     – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                              Nominal Defendant. | No. C-07-1500-MEJ<br><br>STIPULATION AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE |

1   WHEREAS, the above-captioned action is a shareholder derivative action on behalf of Sonic
2  Solutions ("Sonic") against its entire Board of Directors and certain officers;
3   WHEREAS, on February 1, 2007, Sonic announced that it had commenced a voluntary
4  review of its historical and current stock option grant practices and related accounting. Based on the
5  review, the audit committee and Sonic management have preliminarily concluded that, under
6  applicable accounting guidance, Sonic lacks sufficient documentation for certain historical option
7  grants and that the measurement dates associated with these option grants will need to be adjusted.
8  However, Sonic has not yet completed its review and is not yet able to determine the amount of such
9  charges or the resulting tax and accounting impact of these actions.  Sonic intends to file its restated
10  financial results and related periodic reports as quickly as possible;
11   WHEREAS, the action involves questions of law and fact concerning defendants' alleged
12  violations of the federal securities and state corporation laws, including breach of fiduciary duty,
13  abuse of control, constructive fraud, corporate waste, gross mismanagement, and unjust enrichment
14  in connection with its historical stock option practices and related accounting;
15   WHEREAS, the parties agree that any other actions filed in, or transferred to, this Court
16  which arise out of or relate to the same facts as alleged in the above-captioned action should be
17  consolidated for all purposes under Fed. R. Civ. P. 42(a);
18   WHEREAS, defendants Robert J. Doris, David C. Habiger, Mary C. Sauer, A. Clay
19  Leighton, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley and nominal
20  defendant Sonic (collectively, "defendants"), take no position as to the appointment of Ralph D.
21  Wilder as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead
22  Counsel; and
23   WHEREAS, plaintiff and defendants, after meeting and conferring, agree that judicial
24  economy will be served by the entry of a schedule for the filing of defendants' answer or other
25  response to the complaint.
26   THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through
27  their respective counsel of record, as follows:
28

STIP AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES
FOR ALL PURPOSES, APPOINTING LEAD PLTF AND LEAD COUNSEL,
AND SETTING SCHEDULE - C-07-1500-MEJ                                                                        - 1 -

1.      The above-captioned action and any other shareholder derivative action on behalf of Sonic that involves questions of law or fact similar to those contained in the above-captioned action are consolidated for all purposes under Fed. R. Civ. P. 42(a) under the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SONIC SOLUTIONS DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | Master File No. C-07-1500-MEJ |
|---|---|---|
| This Document Relates To: | | |

2.      Each and every action filed in, or transferred to, this Court which arises out of or relates to the same facts as alleged in the above-captioned action shall constitute a case related to the consolidated action.

3.      A party to any related action may move for relief from the terms of this Order only if such motion is filed with the Court and served upon plaintiff's Lead Counsel and counsel for defendants within 30 days of the mailing of this Order to counsel for such party.  A party to a related action shall be entitled to relief from the terms of this Order only if the party's motion demonstrates that the related action does not involve questions of law or fact similar to those contained in the above-captioned action.

4.      Plaintiff Ralph D. Wilder shall be appointed Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel.  All specific assignments to perform tasks in the above-captioned action, and later-filed or transferred actions consolidated therewith, shall be appointed by Lead Counsel in such a manner as to lead to the orderly and efficient prosecution of the action and to avoid duplicative or unproductive effort and unnecessary burdens on the parties.

5.      Plaintiff shall file an Amended Complaint within 45 days after Sonic reports the results of its review of its stock option grant practices and related accounting.  In the event that Sonic

has not completed and reported the results of that review by August 1, 2007, the parties will meet and confer regarding the schedule set forth herein.

      6.     Defendants shall file and serve answers or otherwise respond to the Amended Complaint in the above-captioned action within 45 days after it is filed. In the event that defendants file and serve any motion directed at the Amended Complaint, Lead Plaintiff shall file and serve an opposition within 45 days after the service of defendants' motion. If defendants file and serve a reply to Lead Plaintiff's opposition, they will do so within 21 days after service of the opposition.

      7.     By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause. Defendants' counsel shall appear for and accept service on behalf of all defendants not already served without waiving any jurisdiction rights.

      IT IS SO STIPULATED.

DATED: April 26, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


         s/ Shawn A. Williams
        SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

```
                                    LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    THOMAS G. WILHELM
                                    9601 Wilshire Blvd., Suite 510
                                    Los Angeles, CA  90210
                                    Telephone:  310/859-3100
                                    310/278-2148 (fax)

                                    THE WEISER LAW FIRM, P.C.
                                    ROBERT B. WEISER
                                    121 N. Wayne Avenue, Suite 100
                                    Wayne, PA  19087
                                    Telephone:  610/225-2677
                                    610/225-2678 (fax)

                                    Attorneys for Plaintiff
```

I, Shawn A. Williams, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Pre-Trial Order No. 1 Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson has concurred in this filing.

DATED:  April 26, 2007                HELLER EHRMAN LLP
                                      CAROL LYNN THOMPSON


                                             s/ Carol Lynn Thompson
                                            CAROL LYNN THOMPSON

                                      333 Bush Street, Suite 3100
                                      San Francisco, CA  94104-2878
                                      Telephone:  415/772-6000
                                      415/772-6268 (fax)

                                      Attorneys for Defendants

                        *       *       *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____           _____
                                      THE HONORABLE MARIA-ELENA JAMES
                                      UNITED STATES MAGISTRATE JUDGE


S:\CasesSD\Sonic Solutions Derivative\STP00041227-PTO-1.doc

STIP AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES
FOR ALL PURPOSES, APPOINTING LEAD PLTF AND LEAD COUNSEL,
AND SETTING SCHEDULE - C-07-1500-MEJ                                    - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2007.

                        s/ Shawn A. Williams
                        SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

# Mailing Information for a Case 3:07-cv-01500-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)