IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>        Defendant(s). | No. C 07-1500 MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

      Pending before the Court is the parties Stipulation regarding consolidating cases, filed April 26, 2007. In the stipulation, the parties agree that any other actions filed in, or transfered to, this Court which arise out of or relate to the same facts as alleged in the above-captioned action should be consolidated. However, this case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. As such, it is necessary for the parties to determine whether they wish to proceed before Magistrate Judge James or have this matter reassigned to a United States District Court Judge.

      In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for

the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than

**IT IS SO ORDERED.**

Dated: April 27, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge