1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94589
   Telephone: (925) 945-0770
4  Facsimile: (925) 945-8792

5       -and-

6  Eric L. Zagar
   280 King of Prussia Road
7  Radnor, PA 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056

9
   Attorneys for Plaintiff Andrew Walter
10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13

14 | RALPH D. WILDER, Derivatively ) | Case No. 07-cv-01500-MEJ
15 | on Behalf of Nominal Defendant )
   | SONIC SOLUTIONS, )
16 | )
   |          Plaintiffs, ) | ADMINISTRATIVE MOTION TO
17 | ) | CONSIDER WHETHER CASES
   | vs. ) | SHOULD BE RELATED PURSUANT
18 | ) | L.R. 3-12(B)
19 | )
   | ROBERT J. DORIS, DAVID C. HABIGER,)
20 | MARY C. SAUER, MARK ELY, )
   | ROBERT M. GERBER, PETER J. )
21 | MARGUGLIO, WARREN LANGLEY, and )
   | A. CLAY LEIGHTON, )
22 | )
23 |          Defendants, )
   | )
24 |      and )
   | )
25 | SONIC SOLUTIONS, )
   |          Nominal Defendant )
26 | )

27

28 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT
   TO L.R. 3-12(B)
   Case No. 07-cv-01500-MEJ
   50939

Plaintiff Andrew Walter hereby moves for consideration of whether *Andrew Walter v. Robert J. Doris, et al.,* . Case No.07-cv-02344-CW, filed on April 30, 2007, is related to the earlier case: *Ralph D. Wilder v. Doris, et al,* Case No. 07-cv-01500-MEJ filed on March 15, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These two actions are derivative cases and are brought against the same defendants for breach of fiduciary duty, violations of the Securities Exchange Act and common law restitution/unjust enrichment. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if theses cases are conducted before different judges. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: May 2, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

_____
Alan R. Plutzik

Alan R. Plutzik, Esq.
L. Timothy Fisher, Esq.
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Lee D. Rudy, Esq.
Michael C. Wagner, Esq.
James A. Maro, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff Andrew Walter

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(B)
Case No. 07-cv-01500-MEJ
50939

2