SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorney for Plaintiff Andrew Walter

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT J. DORIS, DAVID C. HABIGER MARY C. SAUER,  MARK ELY ROBERT M.GERBER, PETER J. MARGUGLIO, WARREN LANGLEY A. CLAY LEIGHTON<br><br>    Defendants,<br><br>and<br><br>SONIC SOLUTIONS,<br><br>    Nominal Defendant. | Case No. :07-cv-01500-MEJ<br><br>[PROPOSED] ORDER RELATING CASES |

[PROPOSED] ORDER RELATING CASES

Having considered the Administrative Motion To Consider Whether Cases Should Be Related Pursuant to L.R. 3-12(B) filed by Plaintiff, Andrew Walter in the above-captioned case, to which no opposition has been filed, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

Case No. 07-cv-02344-CW, filed on April 30, 2007, is related to the earlier case if *Ralph D. Wilder v. Doris*, et al, Case No.07-cv-01500, filed on March 15, 2007.

Dated: _____     _____

Magistrate Judge Maria-Elena James