IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 07-1500 MEJ<br><br>**ORDER RE: ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

On April 27, 2007, the Court ordered the parties to file their consent/declination forms for magistrate jurisdiction. Due to inadvertent error, the Court omitted the deadline by which the parties are to file the forms. Accordingly, the Court ORDERS the parties to file their consent/declination forms by May 8, 2007.

**IT IS SO ORDERED.**

Dated: May 3, 2007

                                                   MARIA-ELENA JAMES<br>                                                   United States Magistrate Judge