1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA 94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                   Plaintiff,<br><br>   vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                   Defendants,<br><br>   – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                   Nominal Defendant. | No. C-07-1500-MEJ<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2  In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party hereby

3  voluntarily consents to have United States Magistrate Judge Maria-Elena James conduct any and all

4  further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from

5  the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

6  DATED: May 9, 2007                LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                    JOHN K. GRANT
                                     SHAWN A. WILLIAMS
8                                    MONIQUE C. WINKLER
                                     AELISH M. BAIG

9

10
                                            /s/
11                                   JOHN K. GRANT

12                                   100 Pine Street, Suite 2600
                                     San Francisco, CA 94111
13                                   Telephone: 415/288-4545
                                     415/288-4534 (fax)
14
                                     LERACH COUGHLIN STOIA GELLER
15                                      RUDMAN & ROBBINS LLP
                                     TRAVIS E. DOWNS III
16                                   KATHLEEN A. HERKENHOFF
                                     BENNY C. GOODMAN III
17                                   MARY LYNNE CALKINS
                                     655 West Broadway, Suite 1900
18                                   San Diego, CA 92101
                                     Telephone: 619/231-1058
19                                   619/231-7423 (fax)

20                                   LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
21                                   THOMAS G. WILHELM
                                     9601 Wilshire Blvd., Suite 510
22                                   Los Angeles, CA 90210
                                     Telephone: 310/859-3100
23                                   310/278-2148 (fax)

24                                   THE WEISER LAW FIRM, P.C.
                                     ROBERT B. WEISER
25                                   121 N. Wayne Avenue, Suite 100
                                     Wayne, PA 19087
26                                   Telephone: 610/225-2677
                                     610/225-2678 (fax)
27
                                     Attorneys for Plaintiff
28  T:\CasesSF\Sonic Solutions\MIS00041793.doc

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE - C-07-1500-MEJ    - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 9, 2007.

           /s/
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: johng@lerachlaw.com

# Mailing Information for a Case 3:07-cv-01500-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)