LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                     Plaintiff,<br><br>  vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                     Defendants,<br><br>  – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                     Nominal Defendant. | No. C-07-1500-MEJ<br><br>STIPULATION AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE |

1  WHEREAS, the above-captioned action is a shareholder derivative action on behalf of Sonic Solutions ("Sonic") against its entire Board of Directors and certain officers;

2  WHEREAS, on February 1, 2007, Sonic announced that it had commenced a voluntary review of its historical and current stock option grant practices and related accounting. Based on the review, the audit committee and Sonic management have preliminarily concluded that, under applicable accounting guidance, Sonic lacks sufficient documentation for certain historical option grants and that the measurement dates associated with these option grants will need to be adjusted. However, Sonic has not yet completed its review and is not yet able to determine the amount of such charges or the resulting tax and accounting impact of these actions. Sonic intends to file its restated financial results and related periodic reports as quickly as possible;

WHEREAS, the action involves questions of law and fact concerning defendants' alleged violations of the federal securities and state corporation laws, including breach of fiduciary duty, abuse of control, constructive fraud, corporate waste, gross mismanagement, and unjust enrichment in connection with its historical stock option practices and related accounting;

WHEREAS, the parties agree that any other actions filed in, or transferred to, this Court which arise out of or relate to the same facts as alleged in the above-captioned action should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, defendants Robert J. Doris, David C. Habiger, Mary C. Sauer, A. Clay Leighton, Mark Ely, Robert M. Greber, Peter J. Marguglio and R. Warren Langley and nominal defendant Sonic (collectively, "defendants"), take no position as to the appointment of Ralph D. Wilder as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel; and

WHEREAS, plaintiff and defendants, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of defendants' answer or other response to the complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

STIP AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES
FOR ALL PURPOSES, APPOINTING LEAD PLTF AND LEAD COUNSEL,
AND SETTING SCHEDULE - C-07-1500-MEJ                                                                                          - 1 -

1.       The above-captioned action and any other shareholder derivative action on behalf of Sonic that involves questions of law or fact similar to those contained in the above-captioned action are consolidated for all purposes under Fed. R. Civ. P. 42(a) under the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SONIC SOLUTIONS DERIVATIVE LITIGATION | ) Master File No. C-07-1500-MEJ ) ) ) |
| This Document Relates To: | ) ) ) ) |

2.       Each and every action filed in, or transferred to, this Court which arises out of or relates to the same facts as alleged in the above-captioned action shall constitute a case related to the consolidated action.

3.       A party to any related action may move for relief from the terms of this Order only if such motion is filed with the Court and served upon plaintiff's Lead Counsel and counsel for defendants within 30 days of the mailing of this Order to counsel for such party.  A party to a related action shall be entitled to relief from the terms of this Order only if the party's motion demonstrates that the related action does not involve questions of law or fact similar to those contained in the above-captioned action.

4.       Plaintiff Ralph D. Wilder shall be appointed Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel.  All specific assignments to perform tasks in the above-captioned action, and later-filed or transferred actions consolidated therewith, shall be appointed by Lead Counsel in such a manner as to lead to the orderly and efficient prosecution of the action and to avoid duplicative or unproductive effort and unnecessary burdens on the parties.

5.       Plaintiff shall file an Amended Complaint within 45 days after Sonic reports the results of its review of its stock option grant practices and related accounting.  In the event that Sonic

1 has not completed and reported the results of that review by August 1, 2007, the parties will meet
2 and confer regarding the schedule set forth herein.

3       6.      Defendants shall file and serve answers or otherwise respond to the Amended
4 Complaint in the above-captioned action within 45 days after it is filed.  In the event that defendants
5 file and serve any motion directed at the Amended Complaint, Lead Plaintiff shall file and serve an
6 opposition within 45 days after the service of defendants' motion.  If defendants file and serve a
7 reply to Lead Plaintiff's opposition, they will do so within 21 days after service of the opposition.

8       7.      By executing this Stipulation, the parties have not waived and expressly retain all
9 claims, defenses and arguments whether procedural, substantive or otherwise, and is without
10 prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to
11 the rights of any party to apply for a modification of this Order for good cause.  Defendants' counsel
12 shall appear for and accept service on behalf of all defendants not already served without waiving
13 any jurisdiction rights.

14       IT IS SO STIPULATED.

15 DATED: April 26, 2007      LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
16       JOHN K. GRANT
      SHAWN A. WILLIAMS
17       MONIQUE C. WINKLER
      AELISH M. BAIG

19       s/ Shawn A. Williams
20       SHAWN A. WILLIAMS

21       100 Pine Street, Suite 2600
      San Francisco, CA  94111
22       Telephone:  415/288-4545
      415/288-4534 (fax)

23       LERACH COUGHLIN STOIA GELLER
24       RUDMAN & ROBBINS LLP
      TRAVIS E. DOWNS III
25       KATHLEEN A. HERKENHOFF
      BENNY C. GOODMAN III
26       MARY LYNNE CALKINS
      655 West Broadway, Suite 1900
27       San Diego, CA  92101
      Telephone:  619/231-1058
28       619/231-7423 (fax)

STIP AND [PROPOSED] PRE-TRIAL ORDER NO. 1 CONSOLIDATING CASES
FOR ALL PURPOSES, APPOINTING LEAD PLTF AND LEAD COUNSEL,
AND SETTING SCHEDULE - C-07-1500-MEJ - 3 -

| | |
|---|---|
| | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>Telephone: 310/859-3100<br>310/278-2148 (fax) |
| | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA 19087<br>Telephone: 610/225-2677<br>610/225-2678 (fax) |
| | Attorneys for Plaintiff |

    I, Shawn A. Williams, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Pre-Trial Order No. 1 Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson has concurred in this filing.

| | |
|---|---|
| DATED: April 26, 2007 | HELLER EHRMAN LLP<br>CAROL LYNN THOMPSON |
| |       s/ Carol Lynn Thompson<br>CAROL LYNN THOMPSON |
| | 333 Bush Street, Suite 3100<br>San Francisco, CA 94104-2878<br>Telephone: 415/772-6000<br>415/772-6268 (fax) |
| | Attorneys for Defendants |

\*    \*    \*

**O R D E R**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 10, 2007

                                    THE HONORABLE MARIA-ELENA JAMES<br>
                                    UNITED STATES MAGISTRATE JUDGE

S:\CasesSD\Sonic Solutions Derivative\STP00041227-PTO-1.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2007.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

# Mailing Information for a Case 3:07-cv-01500-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)