IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　Defendant(s)._____/ | No. C 07-1500 MEJ<br><br>**ORDER VACATING CONSOLIDATION ORDER** |
| ANDREW WALTER,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　Defendant(s)._____/ | No. 07-2344 MEJ |

　　　On May 10, 2007, the Court issued an order relating the above-captioned cases and, in a separate order, consolidated the lead case, *Wilder v. Doris, et al., C 07-1500 MEJ,* and any other shareholder derivative action on behalf of defendant Sonic Solutions that involves questions of law or fact similar to those contained in *Wilder*. As part of its consolidation order, the Court appointed Plaintiff Ralph D. Wilder as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins

LLP as Lead Counsel, pursuant to the stipulation of the parties in the *Wilder* matter. However, Plaintiff Andrew Walter has now filed a motion seeking an order appointing him as Lead Plaintiff and appointing his counsel, Schiffrin Barroway Topaz & Kessler LLP, as Lead Counsel. As the Court issued its consolidation order prior to the filing of Walter's pending motion, it finds good cause exists to vacate the appointment of Lead Plaintiff and Counsel and hereby VACATES the May 10, 2007 consolidation order (Doc. #9) in its entirety. If Plaintiff Wilder seeks appointment as Lead Plaintiff, he shall file a motion pursuant to Civil Local Rule 7. If Wilder files said motion, the noticed hearing date for Plaintiff Walter's motion shall be continued so that both motions may be heard on the same calendar.

**IT IS SO ORDERED.**

Dated: May 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2