IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, | No. C 07-1500 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| ROBERT J. DORIS, et al., | |
| Defendant(s). / | |
| | |
| ANDREW WALTER, | No. 07-2344 MEJ |
| Plaintiff(s), | |
| vs. | |
| ROBERT J. DORIS, et al., | |
| Defendant(s). / | |

On May 10, 2007, the Court issued an order relating the above-captioned cases. As such, these cases, and any future related cases, are assigned to Magistrate Judge Maria-Elena James for all purposes. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment

entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

With the exception of Plaintiff Ralph Wilder, the parties have not filed their consents to Magistrate Judge James' jurisdiction or requests for reassignment. You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than June 1, 2007. Plaintiffs in both above-captioned cases shall serve a copy of this order on the named defendants.

**IT IS SO ORDERED.**

Dated: May 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2