1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
3 | MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
4 | 100 Pine Street, Suite 2600
San Francisco, CA  94111
5 | Telephone:  415/288-4545
415/288-4534 (fax)
6 | johng@lerachlaw.com
shawnw@lerachlaw.com
7 | mwinkler@lerachlaw.com
abaig@lerachlaw.com
8 |
[Additional counsel appear on signature page.]
9 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re SONIC SOLUTIONS DERIVATIVE LITIGATION | ) ) ) | Master File No. C-07-1500-MEJ |
| | ) | PLAINTIFF RALPH D. WILDER'S |
| This Document Relates To: | ) ) ) | STATEMENT REGARDING MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL |
|     ALL ACTIONS. | ) ) | |
| | ) | DATE:         June 21, 2007 TIME:         10:00 a.m. COURTROOM:  The Honorable Maria-Elena James |

1    The Court's May 11, 2007 order vacated its prior appointment of Ralph D. Wilder as lead

2  plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel due to the filing

3  of a competing motion by plaintiff Andrew Walter.

4    The May 11, 2007 Order also directed that in the event Wilder filed a motion for appointment

5  of lead plaintiff and lead counsel, the hearing on the Walter motion should be consolidated with and

6  continued to the date of the Wilder motion.

7    Wilder will file a motion for appointment of lead plaintiff and lead counsel.

8    After meeting and conferring concerning a date for hearing their respective motions, counsel

9  for Wilder and Walter agreed to notice their motions for lead plaintiff and lead counsel in this matter

10  for July 12, 2007.

11    Wilder understands that the Walter Motion to Consolidate Related Actions, Appoint Lead

12  Plaintiff and Lead Counsel, currently noticed for June 21, 2007, will be re-noticed for July 12, 2007.

13  DATED: May 24, 2007              LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
14                                   JOHN K. GRANT
                                     SHAWN A. WILLIAMS
15                                   MONIQUE C. WINKLER
                                     AELISH M. BAIG

16

17
                                        /s/ John K. Grant
18                                      JOHN K. GRANT

19                                   100 Pine Street, Suite 2600
                                     San Francisco, CA  94111
20                                   Telephone:  415/288-4545
                                     415/288-4534 (fax)
21

22

23

24

25

26

27

28

PLAINTIFF RALPH D. WILDER'S STATEMENT RE MOTIONS TO APPOINT
LEAD PLAINTIFF AND LEAD COUNSEL - C-07-1500-MEJ                        - 1 -

1

2    LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
     TRAVIS E. DOWNS III
3    KATHLEEN A. HERKENHOFF
     BENNY C. GOODMAN III
4    MARY LYNNE CALKINS
     655 West Broadway, Suite 1900
5    San Diego, CA  92101
     Telephone:  619/231-1058
6    619/231-7423 (fax)

7    LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
8    THOMAS G. WILHELM
     9601 Wilshire Blvd., Suite 510
9    Los Angeles, CA  90210
     Telephone:  310/859-3100
10   310/278-2148 (fax)

11   Counsel for Plaintiffs

12   T:\CasesSF\Sonic Solutions\STP00042258.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF RALPH D. WILDER'S STATEMENT RE MOTIONS TO APPOINT
LEAD PLAINTIFF AND LEAD COUNSEL - C-07-1500-MEJ                                    - 2 -

1

CERTIFICATE OF SERVICE

2          I hereby certify that on May 24, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on May 24, 2007.

9

10
                                                                    /s/ John K. Grant
                                                                    JOHN K. GRANT
11                                                                  LERACH COUGHLIN STOIA GELLER
                                                                          RUDMAN & ROBBINS LLP
12                                                                  100 Pine Street, 26th Floor
                                                                    San Francisco, CA  94111
13                                                                  Telephone:  415/288-4545
                                                                    415/288-4534 (fax)
14                                                                  E-mail:johng@lerachlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-01500-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com
  e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com;KiyokoH@lerachlaw.com;cwood@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.com;travisd@

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Andrew Walter**