

1  SARA B. BRODY (No. 130222)
2  CAROL LYNN THOMPSON (No. 148079)
   MONICA PATEL (No. 220825)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com

8
   Attorneys for Defendant
9  SONIC SOLUTIONS

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 RALPH D. WILDER,                        Case No. C-07-1500 MEJ

14                     Plaintiff(s),       **REQUEST FOR REASSIGNMENT TO
                                           A UNITED STATES DISTRICT
15       vs.                               JUDGE FOR TRIAL AND
                                           DISPOSITION**
16 ROBERT J. DORIS, et al.,

17                     Defendant(s).

18 ANDREW WALTER,

19                     Plaintiff(s),       Case No. C-07-2344 MEJ

20       vs.

21 ROBERT J. DORIS, et al.,
22                     Defendant(s).

23

24

25

26

27

28
   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND
   DISPOSITION
   CASE NOS. C-07-1500 MEJ; C-07-2344 MEJ

1    The undersigned party hereby declines to consent to the assignment of these cases

2  to a United States Magistrate Judge for trial and disposition and hereby requests the

3  reassignment of these cases to a United States District Judge.

4    In accordance with the Court's Order dated May 11, 2007 (Docket Nos. 6 and 13),

5  defendants file this declination no later than June 1, 2007 regarding both the *Wilder v.*

6  *Doris et al.*, Case No. C-07-1500 MEJ and *Walter v. Doris et al.*, Case No. C-07-2344

7  MEJ cases that the Court ordered on May 10, 2007 as related.[1]

8

9  DATED:  May 30, 2007                     HELLER EHRMAN LLP

10

11                                   _____/s/ Monica Patel_____
                                     SARA BRODY
12                                   CAROL LYNN THOMPSON
                                     MONICA PATEL
13
                                     Attorneys for Defendant
14                                   SONIC SOLUTIONS

15

16

17

18

19

20

21

22  _____

23  [1] Defendants assume that the Court's May 11, 2007 Order requesting that the parties in both the
    *Wilder* and *Walter* actions inform the Court of their consent or declination by June 1, 2007,
24  supersedes the Court's May 3, 2007 Order requesting that Plaintiff Ralph Wilder and defendants
    inform the Court of their consent or declination by May 8, 2007.  Even so, defendant Sonic
25  Solutions respectfully apologizes for not informing the Court of its declination decision
    regarding the *Wilder* action prior to May 8, 2007.  Defendant was unaware of this notice deadline
26  since defendant received neither electronic filing notifications of any of the Court's Orders prior
    to the May 11, 2007 Order nor electronic filing notifications or service by mail of plaintiff's May
27  9, 2007 filed consent.

28  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND
    DISPOSITION
    CASE NOS. C-07-1500 MEJ; C-07-2344 MEJ
                                  -1-