**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

**May 31, 2007**

**CASE NUMBER: CV 07-01500 MEJ**
**CASE TITLE: RALPH D. WILDER-v-ROBERT J. DORIS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/31/07

FOR THE EXECUTIVE COMMITTEE:

_____
 *Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 5/31/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA