SARA B. BRODY (No. 130222)
CAROL LYNN THOMPSON (No. 148079)
MONICA PATEL (No. 220825)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>Defendants,<br><br>-and-<br><br>SONIC SOLUTIONS, a California corporation,<br><br>Nominal Defendant. | Case No. C-07-1500 CW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(B)** |

1    Nominal defendant Sonic Solutions hereby moves for consideration of whether *Andrew Walter v. Robert J. Doris, et al.*, Case No. 07-cv-2344-SBA, filed on April 30, 2007, is related to the earlier case, *Ralph D. Wilder v. Doris, et al.*, Case No. 07-cv-01500-CW, filed on March 15, 2007.

   Pursuant to Civil L.R. 3-12(a), these actions are related. On May 10, 2007, prior to both of these actions being reassigned to United States district court judges, Magistrate Judge Maria-Elena James ordered that the *Walter* and *Wilder* actions were related. *See Wilder v. Doris, et al.*, Case No. 07-cv-01500-CW (Docket No. 10). Both *Walter* and *Wilder* involve substantially the same parties and events. These two actions are derivative cases and are brought against the same defendants for breach of fiduciary duty, violations of the Securities Exchange Act and common law restitution/unjust enrichment. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if these cases are conducted before different judges. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

//
//
//
//
//
//
//
//
//
//
//

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(B)
CASE NO. C-07-1500 CW

-1-

1   Since the *Wilder* action currently assigned to this Court was filed prior to the
2   *Walter* action and also was reassigned on May 31, 2007 prior to the June 4, 2007
3   reassignment order in the *Walter* action, pursuant to L.R. 3-12(b) and (f) defendant Sonic
4   Solutions respectfully requests that should the Court order that these actions are related
5   that both actions remain assigned to this Court.

7   DATED:  June 5, 2007                    Respectfully submitted,

8                                            HELLER EHRMAN LLP

10                                              /s/ Monica Patel
                                         SARA BRODY
11                                       CAROL LYNN THOMPSON
                                         MONICA PATEL
12
                                         Attorneys for Defendant
13                                       SONIC SOLUTIONS

28  ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO
    L.R. 3-12(B)
    CASE NO. C-07-1500 CW
                                         -2-