1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO and R. WARREN LANGLEY,<br><br>                              Defendants,<br><br>-and-<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                         Nominal Defendant. | Case No. C-07-1500 CW<br><br>**[PROPOSED] ORDER RELATING CASES** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. C-07-1500 CW

1        Having considered the Administrative Motion To Consider Whether Cases Should

2  Be Related Pursuant to L.R. 3-12(B) filed by nominal defendant, Sonic Solutions, in the

3  above captioned case, to which no opposition has been filed, and good cause showing,

4  **IT IS HEREBY ORDERED** that Case No. 07-cv-02344-SBA, filed on April 30, 2007,

5  is related to the earlier case of *Ralph D. Wilder v. Doris, et al.*, Case No. 07-cv-01500-

6  CW, filed on March 15, 2007 and is transferred to this court for all further proceedings.

7

8  **IT IS SO ORDERED.**

9

10  DATED: _____

11                                    The Honorable Claudia Wilken

12                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. C-07-1500 CW