1  SARA B. BRODY (No. 130222)
2  CAROL LYNN THOMPSON (No. 148079)
   MONICA PATEL (No. 220825)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Monica.Patel@hellerehrman.com
8
   Attorneys for Defendant
9  SONIC SOLUTIONS
10
   [Additional counsel appear on signature page]

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14  RALPH D. WILDER, Derivatively on ) No. C-07-1500-CW
    Behalf of SONIC SOLUTIONS,       )
15                                   ) STIPULATION AND [PROPOSED]
                         Plaintiff,  ) ORDER SETTING SCHEDULE
16                                   )
        vs.                          )
17                                   )
    ROBERT J. DORIS, et al.,         )
18                                   )
                         Defendants, )
19                                   )
        – and –                      )
20                                   )
    SONIC SOLUTIONS, a California    )
21  corporation,                     )
                                     )
22                 Nominal Defendant.)
                                     )
23

24

25

26

27

28

1   WHEREAS, the above-captioned action is a shareholder derivative action on
2 behalf of Sonic Solutions ("Sonic") against its entire Board of Directors and certain
3 officers;

4   WHEREAS, on February 1, 2007, Sonic announced that it had commenced a
5 voluntary review of its historical and current stock option grant practices and related
6 accounting. Sonic has not yet completed its review and has not yet completed the work
7 necessary to file its restated financial statements and related periodic reports.  Sonic
8 intends to file its restated financial results and related periodic reports as quickly as
9 possible.

10   WHEREAS, plaintiff and defendants, after meeting and conferring, agree that
11 judicial economy will be served by the entry of a schedule for the filing of defendants'
12 answer or other response to the complaint.

13   THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,
14 through their respective counsel of record, as follows:

15   1.   Plaintiff shall file an Amended Complaint within 45 days after Sonic
16 reports the results of its review of its stock option grant practices and related accounting.
17 In the event that Sonic has not completed and reported the results of that review by
18 August 1, 2007, the parties will meet and confer regarding the schedule set forth herein.

19   2.   Defendants shall file and serve answers or otherwise respond to the
20 Amended Complaint in the above-captioned action within 45 days after it is filed.  In the
21 event that defendants file and serve any motion directed at the complaint, plaintiff shall
22 file and serve an opposition within 45 days after the service of defendants' motion.  If
23 defendants file and serve a reply to plaintiff's opposition, they will do so within 21 days
24 after service of the opposition.

25   3.   By executing this Stipulation, the parties have not waived and expressly
26 retain all claims, defenses and arguments whether procedural, substantive or otherwise,
27 and is without prejudice to any subsequent motion to stay this action, and this Order is

28

1

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  entered without prejudice to the rights of any party to apply for a modification of this
2  Order for good cause.
3
4          IT IS SO STIPULATED.
5
6  DATED: June 8, 2007                    HELLER EHRMAN LLP
7
8                                              _____/s/ Monica Patel_____
                                            SARA BRODY
9                                           CAROL LYNN THOMPSON
                                            MONICA PATEL
10
                                            Attorneys for Defendant
11                                          SONIC SOLUTIONS
12
      I, Monica Patel, am the ECF user whose ID and password are being used to file
13 this Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to
   Complaint. In compliance with General Order 45, X.B., I hereby attest that John K.
14 Grant of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this
   filing.
15
16
   DATED: June 8, 2007                    LERACH COUGHLIN STOIA GELLER
17                                          RUDMAN & ROBBINS LLP
                                          JOHN K. GRANT
18                                        SHAWN A. WILLIAMS
                                          MONIQUE C. WINKLER
19                                        AELISH M. BAIG
                                          100 Pine Street, Suite 2600
20                                        San Francisco, CA 94111
                                          Telephone: 415/288-4545
21                                        415/288-4534 (fax)
22
23                                              _____/s/ John K. Grant_____
                                                    JOHN K. GRANT
24
25
26
27
28
                                        2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

|   |   |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | TRAVIS E. DOWNS III |
|   | KATHLEEN A. HERKENHOFF |
| 3 | BENNY C. GOODMAN III |
|   | MARY LYNNE CALKINS |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Attorneys for Plaintiff
RALPH D. WILDER

            \*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____    _____
                                              The Honorable Claudia Wilken
                                              United States District Judge