SARA B. BRODY (No. 130222)
CAROL LYNN THOMPSON (No. 148079)
MONICA PATEL (No. 220825)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. DORIS, et al.,<br><br>Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1   WHEREAS, the above-captioned action is a shareholder derivative action on
2   behalf of Sonic Solutions ("Sonic") against its entire Board of Directors and certain
3   officers;

4   WHEREAS, on February 1, 2007, Sonic announced that it had commenced a
5   voluntary review of its historical and current stock option grant practices and related
6   accounting. Sonic has not yet completed its review and has not yet completed the work
7   necessary to file its restated financial statements and related periodic reports. Sonic
8   intends to file its restated financial results and related periodic reports as quickly as
9   possible.

10   WHEREAS, plaintiff and defendants, after meeting and conferring, agree that
11   judicial economy will be served by the entry of a schedule for the filing of defendants'
12   answer or other response to the complaint.

13   THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,
14   through their respective counsel of record, as follows:

15   1.   Plaintiff shall file an Amended Complaint within 45 days after Sonic
16   reports the results of its review of its stock option grant practices and related accounting.
17   In the event that Sonic has not completed and reported the results of that review by
18   August 1, 2007, the parties will meet and confer regarding the schedule set forth herein.

19   2.   Defendants shall file and serve answers or otherwise respond to the
20   Amended Complaint in the above-captioned action within 45 days after it is filed. In the
21   event that defendants file and serve any motion directed at the complaint, plaintiff shall
22   file and serve an opposition within 45 days after the service of defendants' motion. If
23   defendants file and serve a reply to plaintiff's opposition, they will do so within 21 days
24   after service of the opposition.

25   3.   By executing this Stipulation, the parties have not waived and expressly
26   retain all claims, defenses and arguments whether procedural, substantive or otherwise,
27   and is without prejudice to any subsequent motion to stay this action, and this Order is
28

1
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

IT IS SO STIPULATED.

DATED: June 8, 2007                                HELLER EHRMAN LLP


                                                                      /s/ Monica Patel
                                                   SARA BRODY
                                                   CAROL LYNN THOMPSON
                                                   MONICA PATEL

                                                   Attorneys for Defendant
                                                   SONIC SOLUTIONS

I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Defendants to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that John K. Grant of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has concurred in this filing.

DATED: June 8, 2007                                LERACH COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
                                                   JOHN K. GRANT
                                                   SHAWN A. WILLIAMS
                                                   MONIQUE C. WINKLER
                                                   AELISH M. BAIG
                                                   100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
                                                   Telephone:  415/288-4545
                                                   415/288-4534 (fax)


                                                                      /s/ John K. Grant
                                                                    JOHN K. GRANT

```
 1                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
 2                                    TRAVIS E. DOWNS III
                                      KATHLEEN A. HERKENHOFF
 3                                    BENNY C. GOODMAN III
                                      MARY LYNNE CALKINS
 4                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101
 5                                    Telephone:  619/231-1058
                                      619/231-7423 (fax)
 6

 7                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
 8                                    THOMAS G. WILHELM
                                      9601 Wilshire Blvd., Suite 510
 9                                    Los Angeles, CA  90210
                                      Telephone:  310/859-3100
10                                    310/278-2148 (fax)

11                                    THE WEISER LAW FIRM, P.C.
                                      ROBERT B. WEISER
12                                    121 N. Wayne Avenue, Suite 100
                                      Wayne, PA  19087
13                                    Telephone:  610/225-2677
                                      610/225-2678 (fax)
14
                                      Attorneys for Plaintiff
15                                    RALPH D. WILDER

16
                                  *     *     *
17

18                                  **O R D E R**

19   PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

20
              6/13/07                         [signature]
21   DATED: _____        _____

22                                     The Honorable Claudia Wilken
                                       United States District Judge
23
```