IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, derivatively on behalf of SONIC SOLUTIONS<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, et al.,<br><br>Defendants. | No. C 07-01500 CW |
| ANDREW WALTER, derivatively on behalf of nominal defendant SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, et al.,<br><br>Defendants | No. C 07-02344 CW<br><br>CLERK'S NOTICE SETTING MOTION HEARING DATE |

Notice is hereby given that a hearing on Plaintiff Andrew Walter's Motion to Consolidate Related Actions, Appoint Lead Plaintiff and Lead Counsel will be held on August 2, 2007, at 2:00 p.m. Opposition to the motion will be due July 12, 2007, and any reply will be due July 12, 2007.

Dated: June 13, 2007

_Sheilah Cahill_
_____
SHEILAH CAHILL
Deputy Clerk