```
 1
 2               IN THE UNITED STATES DISTRICT COURT
 3
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4
 5
   RALPH D. WILDER, derivatively on      No. C 07-01500 CW
 6 behalf of SONIC SOLUTIONS
 7          Plaintiff,
 8      v.
 9 ROBERT J. DORIS, et al.,
10          Defendants.
   _____
11
   ANDREW WALTER, derivatively on behalf    No. C 07-02344 CW
12 of nominal defendant SONIC SOLUTIONS,
                                            AMENDED
13          Plaintiff,                      CLERK'S NOTICE
                                            SETTING MOTION
14  v.                                      HEARING DATE
15 ROBERT J. DORIS, et al.,
16          Defendants
   _____/
17
18          Notice is hereby given that a hearing on Plaintiff Andrew
19 Walter's Motion to Consolidate Related Actions, Appoint Lead Plaintiff
20 and Lead Counsel will be held on August 2, 2007, at 2:00 p.m.
21 Opposition to the motion will be due July 12, 2007, and any reply will
22 be due July 19, 2007.
23       Dated:  June 13, 2007
24
25                              _____
                                Sheilah Cahill
                                SHEILAH CAHILL
26                              Deputy Clerk
27
28
```