SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric Zagar
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
nbrowning@sbtklaw.com
dalbert@sbtklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>Defendant,<br><br>and<br><br>SONIC SOLUTIONS,<br><br>Nominal Defendant. | Case No.: 07-02344-CW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)** |

| | |
|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>and<br><br>SONIC SOLUTIONS,<br><br>                    Nominal Defendant. | Case No.: 07-03178-JL |

Plaintiff Andrew Walter hereby moves for consideration of whether *James Forseth v. Doris, et al.*, Case No. 07-03178, filed on June 15, 2007 is related to the earlier filed case *Andrew Walter v. Doris, et al.*, Case No. 07-02344-CW, filed on May 2, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These two actions are derivative cases and are brought against the same defendants for breach of fiduciary duty, and violations of California and Federal. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of these actions.

Dated: June 20, 2007

                              SCHIFFRIN BARROWAY
                              TOPAZ & KESSLER, LLP




                              /s/
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              Alan R. Plutzik, Of Counsel (Bar No. 077785)

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-02344-CW                                                                    2

| | |
|---|---|
| 1 | |
| 2 | L. Timothy Fisher, Of Counsel (Bar No. 191626) |
|   | 2125 Oak Grove Road, Suite 120 |
| 3 | Walnut Creek, California 94598 |
|   | Telephone: (925) 945-0770 |
| 4 | Facsimile: (925) 945-8792 |
| 5 | -and- |
| 6 | |
| 7 | Eric Zagar |
|   | Nichole Browning |
| 8 | J. Daniel Albert |
|   | 280 King of Prussia Road |
| 9 | Radnor, PA 19087 |
|   | Telephone: (610) 667-7706 |
| 10 | Facsimile: (610) 667-7056 |
|   | ezagar@sbtklaw.com |
| 11 | nbrowning@sbtklaw.com |
|   | dalbert@sbtklaw.com |
| 12 | |
| 13 | *Attorneys for Plaintiffs* |
|   | *Andrew Walter and James Forseth* |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO L.R.3-12(B)                                                                    3
Case No. C 07-cv-02344-CW