```
 1  SCHIFFRIN BARROWAY
    TOPAZ & KESSLER, LLP
 2  Alan R. Plutzik, Of Counsel (Bar No. 077785)
    Robert M. Bramson, Of Counsel (Bar No. 102006)
 3  L. Timothy Fisher, Of Counsel (Bar No. 191626)
    2125 Oak Grove Road, Suite 120
 4  Walnut Creek, California 94589
    Telephone: (925) 945-0770
 5  Facsimile: (925) 945-8792

 6  -and-

 7  Eric Zagar
    Nichole Browning
 8  J. Daniel Albert
    280 King of Prussia Road
 9  Radnor, PA  19087
    Telephone: (610) 667-7706
10  Facsimile: (610) 667-7056
    ezagar@sbtklaw.com
11  nbrowning@sbtklaw.com
    dalbert@sbtklaw.com
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>          Defendant,<br>     and<br><br>SONIC SOLUTIONS,<br><br>          Nominal Defendant. | Case No.: 07-02344-CW<br><br>**[PROPOSED] ORDER RELATING CASES** |

[PROPOSED] ORDER RELATING CASES
Case No.  C 07-cv-02344-CW                                                                                         1

| | |
|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>and<br><br>SONIC SOLUTIONS,<br><br>              Nominal Defendant. | Case No.: 07-03178-JL |

Having considered the Administrative Motion to Consider Whether Cases Should be related Pursuant to L.R.3-12(B) filed by Andrew Walter in the above captioned case, to which no opposition has been filed, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

*James Forseth v. Doris, et al.*, Case No. 07-03178-JL, filed on June 15, 2007, is related to *Andrew Walter v. Doris, et al.*, Case No. 07-02344-CW, filed on April 30, 2007.

Dated: _____

_____
The Honorable Claudia Wilken

[PROPOSED] ORDER RELATING CASES
Case No. C 07-cv-02344-CW

2