SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric Zagar
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
nbrowning@sbtklaw.com
dalbert@sbtklaw.com

Attorneys for Plaintiff
James Forseth

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GERBER, PETER J. MARGUGLIO, R. WARREN and R. WARREN LANGLEY,<br><br>　　　　　　　　Defendant,<br>　　and<br><br>SONIC SOLUTIONS,<br><br>　　　　　　　Nominal Defendant. | Case No. C 07-cv-1500-CW<br><br>**[AMENDED PROPOSED] ORDER RELATING CASES** |

[AMENDED PROPOSED] ORDER RELATING CASES
Case No.  C 07-cv-1500 CW                                                                                      1

1  Having considered the Administrative Motion to Consider Whether Cases Should be
2  related Pursuant to L.R.3-12(B) filed by James Forseth in the above captioned case, to which no
3  opposition has been filed, and good cause showing,
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  *James Forseth v. Doris, et al.*, Case No. 07-03178-JL, filed on June 15, 2007, is related
6  to *Ralph D. Wilder v. Doris, et al.*, Case No. 07-1500 CW, filed on March 15, 2007.

8  Dated: _____

   _____
   The Honorable Claudia Wilken

[AMENDED PROPOSED] ORDER RELATING CASES
Case No. C 07-cv-1500 CW                                                              2