LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                      Plaintiff,<br><br>   vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                      Defendants,<br><br>  – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                  Nominal Defendant. | No. C-07-1500-CW<br><br>DECLARATION OF JOHN K. GRANT IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT SAMMY K. DOOLITTLE AND RALPH D. WILDER LEAD PLAINTIFFS AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL<br><br>DATE:        August 2, 2007<br>TIME:        2:00 p.m.<br>COURTROOM:  The Honorable<br>                           Claudia Wilken |

I, JOHN K. GRANT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I submit this declaration in support of the Motion to Consolidate Actions and to Appoint Sammy K. Doolittle and Ralph D. Wilder Lead Plaintiffs and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Kevin Allison & Richard Waters, *Unhappy Valley: Why a High-Tech Hub is Accused of Taking the Easy Option*, Fin. Times, July 28, 2006;

Exhibit 2: Charles Forelle & James Bandler, *Matter of Timing: Five More Companies Show Questionable Options Pattern*, Wall St. J., May 22, 2006;

Exhibit 3: Harvey Pitt, *Lessons of the Stock Options Scandal*, Fin. Times, June 2, 2006;

Exhibit 4: Kudlow & Company, *Interview with President Bush*, Real Clear Politics, May 5, 2006;

Exhibit 5: Lerach Coughlin Stoia Geller Rudman & Robbins LLP firm resume;

Exhibit 6: *Sprint Settlement Includes Groundbreaking Changes for Independent Directors*, 19 Andrews Corp. Officers & Directors Liab. Litig. Rep. 7 (Apr. 7, 2003);

Exhibit 7: Bruce Schreiner, *Ashland Agrees to Corporate Governance Changes to Settle Shareholder Lawsuit*, Associated Press, Jan. 28, 2005;

Exhibit 8: Press Release entitled "E*TRADE Group, Inc. Announces Intent to Add New Board Member and Memorandum of Understanding to Resolve Shareholder Derivative Suit," dated May 23, 2002; and

Exhibit 9:    Edward Iwata, *Shareholders Win in Hanover Settlement*, USA Today, May 14, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of June, 2007, at San Francisco, California.

/s/
JOHN K. GRANT

T:\casesSF\sonic Solutions\DEC00043205.doc

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2007.

/s/
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:johnkg@lerachlaw.com

# Mailing Information for a Case 4:07-cv-01500-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.co

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Monica Patel**
  monica.patel@hellerehrman.com,elsa.pulido@hellerehrman.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```