## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C 07-01500 CW**        **Wilder v. Doris et al**

**C 07-02344 CW**        **Walter v. Doris et al**

**C 07-03178 JL**        **Forseth v. Doris et al**

**I find that the above case is related to the cases assigned to me.  CW**

### ORDER

Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge  (**"CW"**) immediately after the case number. **A case management conference in the reassigned case will be  held on November 20, 2007, at 2:00 p.m.** The parties shall adjust the dates for disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect.

Dated: 6/29/07 _____        _____

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____        **By:** _____
                                                   **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)