1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3 | MONIQUE C. WINKLER (213031)
    AELISH M. BAIG (201279)
4 | 100 Pine Street, Suite 2600
    San Francisco, CA  94111
5 | Telephone:  415/288-4545
    415/288-4534 (fax)
6 | johng@lerachlaw.com
    shawnw@lerachlaw.com
7 | mwinkler@lerachlaw.com
    abaig@lerachlaw.com
8 |
    Attorneys for Plaintiffs
9 | Ralph D. Wilder and Sammy K. Doolittle

10 | [Additional counsel appear on signature page.]

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | OAKLAND DIVISION

14 | RALPH D. WILDER, Derivatively on Behalf ) No. C-07-1500-CW
     of SONIC SOLUTIONS,                    )
15 |                                         ) PLAINTIFF'S NOTICE OF RELATED
                              Plaintiff,     ) CASE AND ADMINISTRATIVE MOTION
16 |                                         ) TO CONSIDER WHETHER CASES
         vs.                                 ) SHOULD BE RELATED
17 |                                         )
     ROBERT J. DORIS, et al.,                )
18 |                                         )
                              Defendants,    )
19 |                                         )
         – and –                             )
20 |                                         )
     SONIC SOLUTIONS, a California           )
21 | corporation,                            )
                                             )
22 |                      Nominal Defendant. )
                                             )
23 |

24 | [Caption continued on following page.]

25 |

26 |

27 |

28 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) | Case No. C-02344-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. DORIS, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| – and – | ) | |
| | ) | |
| SONIC SOLUTIONS, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

| | | |
|---|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) | Case No. C-07-03178-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. DORIS, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| – and – | ) | |
| | ) | |
| SONIC SOLUTIONS, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

| | | |
|---|---|---|
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, | ) | Case No. C-07-03361-BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT J. DORIS, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| – and – | ) | |
| | ) | |
| SONIC SOLUTIONS, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

1        Plaintiff Sammy K. Doolittle, by and through his counsel, pursuant to Local Rules 3-12 and

2  7-11, moves this Court to: (1) deem this pending derivative action a related action; and (2) assign

3  *Doolittle v. Doris, et al.*, 3:07-cv-03361-BZ, to Judge Claudia Wilken.

4        On March 15, 2007, plaintiff Ralph D. Wilder filed a derivative complaint titled *Wilder v.*

5  *Doris, et al.*, 4:07-cv-01500-CW, on behalf of the nominal defendant Sonic Solutions.  On April 30,

6  2007, plaintiff Andrew Walter filed a derivative complaint titled *Walter v. Doris, et al.*,

7  4:07-cv02344-CW, against the same defendants and on behalf of the same nominal defendant Sonic

8  Solutions.  Subsequently, on June 15, 2007 and June 26, 2007, plaintiffs James Forseth and Sammy

9  K. Doolittle filed derivative actions, titled *Forseth v. Doris, et al.*, 3:07-cv-03178-JL, and *Doolittle v.*

10  *Doris, et al.*, 3:07-cv-03361-BZ, respectively, against the same defendants on behalf of the same

11  nominal defendant Sonic Solutions.

12        These actions appear to be related in that they are all derivative actions brought on behalf of

13  the same nominal defendant, naming the same defendants, alleging the same causes of action based

14  on the same relevant events arising out of the same time period.  Based on these similarities, it

15  appears likely that there will be unnecessary duplication of labor and expense or conflicting results if

16  the cases are conducted before different judges in this District.

17        Accordingly, the four actions meet the definition of "related cases" set forth in Local Rule 3-

18  12(a).  Pursuant to its Related Case Order issued June 29, 2007, this Court has already related the

19  *Wilder, Walter* and *Forseth* actions.  Plaintiff Doolittle hereby requests that this action also be

20  related to the *Wilder, Walter* and *Forseth* actions.

21  DATED:  July 2, 2007                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
22                                         JOHN K. GRANT
                                           SHAWN A. WILLIAMS
23                                         MONIQUE C. WINKLER
                                           AELISH M. BAIG
24

25

                                                s/ John K. Grant
26                                         JOHN K. GRANT

27

28

1

2     100 Pine Street, Suite 2600
      San Francisco, CA  94111
      Telephone:  415/288-4545
3     415/288-4534 (fax)

4     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
5     TRAVIS E. DOWNS III
      KATHLEEN A. HERKENHOFF
6     BENNY C. GOODMAN III
      MARY LYNNE CALKINS
7     655 West Broadway, Suite 1900
      San Diego, CA  92101
8     Telephone:  619/231-1058
      619/231-7423 (fax)
9
      LERACH COUGHLIN STOIA GELLER
10      RUDMAN & ROBBINS LLP
      THOMAS G. WILHELM
11    9601 Wilshire Blvd., Suite 510
      Los Angeles, CA  90210
12    Telephone:  310/859-3100
      310/278-2148 (fax)
13
      Attorneys for Plaintiffs Ralph D. Wilder and
14    Sammy K. Doolittle

15    T:\CasesSF\Sonic Solutions\MIS00043255.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED - C-07-1500-CW                                    - 2 -

CERTIFICATE OF SERVICE

1

2        I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4  denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5  foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6  indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on July 2, 2007.

9

                                        s/ John K. Grant
10                                       JOHN K. GRANT

11                                       LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
12                                       100 Pine Street, 26th Floor
                                         San Francisco, CA  94111
13                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
14

15                                       E-mail:JohnKG@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,KiyokoH@lerachla

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```