LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

Attorneys for Plaintiffs
Ralph D. Wilder and Sammy K. Doolittle

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>               Plaintiff,<br><br>     vs.<br><br>ROBERT J. DORIS, et al.,<br><br>               Defendants,<br><br>     – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>               Nominal Defendant. | No. C-07-1500-CW<br><br>[PROPOSED] ORDER RELATING CASES |

[Caption continued on following page.]

| | | |
|---|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) ) ) | Case No. C-02344-CW |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBERT J. DORIS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| SONIC SOLUTIONS, | ) ) | |
| Nominal Defendant. | ) ) | |
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) ) ) | Case No. C-07-03178-CW |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBERT J. DORIS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| SONIC SOLUTIONS, | ) ) | |
| Nominal Defendant. | ) ) | |
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, | ) ) ) | Case No. C-07-03361-BZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBERT J. DORIS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| SONIC SOLUTIONS, | ) ) | |
| Nominal Defendant. | ) ) | |

1  Having considered the Administrative Motion to Consider Whether Cases Should Be Related
2  filed by Sammy K. Doolittle pursuant to Civil L.R. 3-12(b) in the above-captioned case, and good
3  cause appearing therefor,
4  IT IS HEREBY ORDERED:
5  *Doolittle v. Doris, et al.*, 3:07-cv-03361-BZ, filed June 26, 2007, is related to *Wilder v.*
6  *Doris, et al.*, 4:07-cv-01500-CW, filed March 15, 2007; *Walter v. Doris, et al.*, 4:07-cv02344-CW,
7  filed April 30, 2007; and *Forseth v. Doris, et al.*, 3:07-cv-03178-JL, filed June 15, 2007.
8  IT IS SO ORDERED.

10 DATED: _____    _____
                                    THE HONORABLE CLAUDIA WILKEN
11                                  UNITED STATES DISTRICT JUDGE

12
   Submitted by:
13
   DATED: July 2, 2007
14
   LERACH COUGHLIN STOIA GELLER
15    RUDMAN & ROBBINS LLP
   JOHN K. GRANT
16 SHAWN A. WILLIAMS
   MONIQUE C. WINKLER
17 AELISH M. BAIG

18

19 _____
           JOHN K. GRANT
20
   100 Pine Street, Suite 2600
21 San Francisco, CA  94111
   Telephone:  415/288-4545
22 415/288-4534 (fax)

23 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
24 TRAVIS E. DOWNS III
   KATHLEEN A. HERKENHOFF
25 BENNY C. GOODMAN III
   MARY LYNNE CALKINS
26 655 West Broadway, Suite 1900
   San Diego, CA  92101
27 Telephone:  619/231-1058
   619/231-7423 (fax)
28

[PROPOSED] ORDER RELATING CASES - C-07-1500-CW                                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM |
| 3 | 9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210 |
| 4 | Telephone:  310/859-3100<br>310/278-2148 (fax) |
| 5 | |
| 6 | [Proposed] Lead Counsel for Plaintiffs |
| | T:\CasesSF\Sonic Solutions\ORD00043265.doc |
| 7 | |
| ... | |
| 28 | |

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2007.

    s/ John K. Grant
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:JohnKG@lerachlaw.com

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,KiyokoH@lerachla

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```