**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilder | NO. CV 07-01500 CW |
| Plaintiff, | **CLERK'S NOTICE RE DEFICIENCY** |
| v. | |
| Doris | |
| Defendant. | |

Please be advised that on **7/2/07, Notice (document #33)**, the incorrect docket event was used by counsel for Sammy K. Doolittle.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 7/3/07

Clara Pierce
510-637-3530
Case Systems Administrator