Exhibit B

THE HONORABLE ROBERT S. LASNIK

06-CV-00794-BCST

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GLENN HUTTON, Derivatively on Behalf of Nominal Defendant F5 NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN McADAM, et al., <br><br> Defendants, <br><br> – and – <br><br> F5 NETWORKS, INC., <br><br> Nominal Defendant. | Case No. C06-0794RSL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

[Caption continued on following page]

---

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | |
|---|---|
| 1  LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING<br>2  ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY<br>3  RETIREMENT TRUST, Derivatively on Behalf of F5 NETWORKS, INC.,<br>4<br>5                     Plaintiff,<br>6    vs.<br>7  JOHN McADAM, et al.,<br>8                     Defendants,<br>9    – and –<br>10 F5 NETWORKS, INC., a Washington corporation,<br>11                Nominal Defendant. | Case No. C06-1057RSL |
| 12 ALLEN EASTON, Derivatively On Behalf of F5 NETWORKS, INC.,<br>13<br>14                    Plaintiff,<br>15   vs.<br>16 JOHN McADAM, et al.,<br>17                    Defendants,<br>18   – and –<br>19 F5 NETWORKS, INC., a Washington corporation,<br>20               Nominal Defendant. | Case No. C06-1145RSL |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1   WHEREAS, there are three related shareholder derivative actions on behalf of Nominal
2   Defendant F5 Networks, Inc. ("F5") pending in this District:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 06/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et. al.* | C06-1057RSL | 07/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 08/14/06[1] |

8   WHEREAS, no party opposes F5's Motion to Consolidate [dkt no. 4 in Case No. 06-
9   0794RSL; dkt. nos. 14 and 25 in Case No. 06-1057RSL; dkt. no. 6 in Case No. 1145RSL] the above-
10  captioned cases;

11  WHEREAS, the three F5 related shareholder derivative actions arise out of the same
12  transactions and occurrences and involve the same or substantially similar issues of law and fact,
13  and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

14  WHEREAS, Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-
15  Employers Construction Industry Retirement Trust Motion to Appoint Lead Plaintiff and Lead
16  Counsel [dkt nos. 10 and 29 in Case No. 06-0794RSL; dkt. no. 4 in Case No. 06-1057RSL; dkt. no.
17  6 in Case No. 1145RSL] is unopposed;[2]

18  WHEREAS, counsel for plaintiffs and defendants have met and conferred and have agreed
19  to a schedule for filing a Consolidated Complaint and request a status conference to discuss a
20  schedule for briefing motions directed at the Consolidated Complaint; and

---

[1] At one time, there was a total of six F5 related shareholder derivative actions pending in this District. *Wright v. McAdams, et al.* (Case No. C06-872RSL) and *Adams v. Amdahl, et al.* (Case No. C06-873RSL) were remanded on September 12, 2006. [dkt. no. 22 in Case No. C06-872RSL; dkt no. 34 in Case No. C06-873RSL] Defendants have agreed to stipulate to remanding *Sommer v. McAdam et al.* (Case No. C06-1229RSL), and the parties will be filing a joint stipulation shortly.

[2] F5 and the individual defendants take no position regarding the appointment of lead plaintiff and lead counsel.

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1 | WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

## I. CONSOLIDATION OF ACTIONS

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 6/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et al.* | C06-1057RSL | 7/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 8/14/06 |

2. The caption of these consolidated actions shall be *"In re F5 Networks, Inc. Derivative Litigation"* and the files of these consolidated actions shall be maintained in one file under Master File No. C06-0794RSL. Any other actions now pending (except *Sommer v. McAdam et al.*) or later filed in or removed or transferred to this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated, except for good cause shown, for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re F5 NETWORKS, INC. DERIVATIVE LITIGATION ) ) ) _____ ) ) _____ ) ) _____ ) | Master File No. C06-0794RSL |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 2
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

4.  A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or removed or transferred to this Court. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or removal or transfer of any case which properly might be consolidated as part of *In re F5 Networks, Inc. Derivative Litigation*.

## II.  APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF COUNSEL

5.  Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust is appointed Lead Plaintiff;

6.  Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Plaintiff Counsel.

## III.  SCHEDULE FOR CONSOLIDATED COMPLAINT

7.  Lead Plaintiff shall file and serve a Consolidated Complaint within 45 days after the date of entry of this Order.

8.  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel if service has been waived, shall constitute sufficient service on that defendant. Service shall be effected with respect to any defendant named in the consolidated action by serving the Consolidated Complaint on that defendant's counsel.

## IV.  STATUS CONFERENCE

9.  The Court shall schedule a status conference as soon as practicable after the Consolidated Complaint is served and filed to discuss a schedule for briefing motions directed at the Consolidated Complaint.

**IT IS SO STIPULATED.**

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | | |
|---|---|---|
| 1 | DATED: September 29, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | |
| 3 | | s/ Benny C. Goodman III |
| 4 | | BENNY C. GOODMAN III (Admitted Pro Hac Vice) TRAVIS E. DOWNS III |
| 5 | | THOMAS G. WILHELM 655 West Broadway, Suite 1900 |
| 6 | | San Diego, CA 92101-3301 Telephone:   (619) 231-1058 |
| 7 | | Facsimile:    (619) 231-7423 Email: travisd@lerachlaw.com |
| 8 | | Email: bennyg@lerachlaw.com |
| 9 | | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 10 | | TAMARA J. DRISCOLL, WSBA NO. 29212 1700 Seventh Avenue, Suite 2260 |
| 11 | | Seattle, WA 98101 Telephone:   (206) 749-5544 |
| 12 | | Facsimile:    (206) 749-9978 E-mail: tdriscoll@lerachlaw.com |
| 13 | | |
| 14 | | Attorneys for Locals 302 and 612 of the International Union of Operating Engineers- Employers Construction Industry Retirement Trust |
| 15 | | |
| 16 | DATED: September 29, 2006 | FEDERMAN & SHERWOOD |
| 17 | | s/ William B. Federman |
| 18 | | WILLIAM B. FEDERMAN (Admitted Pro Hac Vice) STUART W. EMMON |
| 19 | | 10205 N. Pennsylvania Oklahoma City, OK 73120 |
| 20 | | Telephone:   (405) 235-1560 Facsimile:    (405) 239-2112 |
| 21 | | E-mail: wfederman@aol.com E-mail: swe@federmanlaw.com |
| 22 | | |
| 23 | | EMERSON POYNTER LLP JOHN G. EMERSON, WSBA NO. 30956 |
| 24 | | 16763 Maplewild Avenue S.W. Seattle, WA 98166 |
| 25 | | Telephone:   (206) 241-2875 Facsimile:    (206) 241-1744 |
| 26 | | E-mail: john@emersonpoynter.com |
| | | Attorneys for Plaintiff Glenn Hutton |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 4
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | | |
|---|---|---|
| 1 | DATED: September 29, 2006 | MULFINGER LAW GROUP, PLLC |
| 2 | | |
| 3 | | s/ Kirk Mulfinger<br>KIRK MULFINGER, WSBA NO. 27130<br>13555 Bel-Red Road, Suite 111A |
| 4 | | Bellevue, WA 98005<br>Telephone:   (425) 283-4155 |
| 5 | | Facsimile:   (425) 283-4156<br>E-Mail: Kirk@purchaselaw.com |
| 6 | | |
| 7 | | DYER & SHUMAN, LLP<br>KIP B. SHUMAN<br>JEFFREY A. BERENS |
| 8 | | 801 East 17th Avenue<br>Denver, CO 80219 |
| 9 | | Telephone:   (303) 861-3003<br>Facsimile:   (303) 830-6920 |
| 10 | | Email: kshuman@dyershuman.com |
| 11 | | Attorneys for Plaintiff Allen Easton |
| 12 | DATED: September 29, 2006 | DLA PIPER US LLP |
| 13 | | s/ Christopher M. Huck |
| 14 | | STELLMAN KEEHNEL, WSBA NO. 9309<br>BRIAN D. BUCKLEY, WSBA NO. 26423 |
| 15 | | JEFFREY B. COOPERSMITH, WSBA NO. 30954<br>CHRISTOPHER M. HUCK, WSBA NO. 34104 |
| 16 | | 701 Fifth Avenue, Suite 7000<br>Seattle, WA  98104-7044 |
| 17 | | Telephone:   (206) 839-4800<br>Facsimile:   (206) 839-4801 |
| 18 | | E-mail: stellman.keehnel@dlapiper.com<br>E-mail: brian.buckley@dlapiper.com |
| 19 | | E-mail: jeff.coopersmith@dlapiper.com<br>E-mail: christopher.huck@dlapiper.com |
| 20 | | Attorneys for Nominal Defendant F5 Networks, Inc. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 5
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | | |
|---|---|---|
| 1 | DATED: September 29, 2006 | HELLER EHRMAN LLP |
| 2 | | s/ Lori Lynn Phillips |
| 3 | | GEORGE E. GREER, WSBA NO. 11050<br>LORI LYNN PHILLIPS, WSBA NO. 25473 |
| 4 | | KELLY B. FENNERTY, WSBA NO. 36916 |

6100 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
Telephone:   (206) 447-0900
Facsimile:   (206) 447-0849
E-mail: george.greer@hellerehrman.com
E-mail: lori.phillips@hellerehrman.com
E-mail: Kelly.fennerty@hellerehrman.com

Attorneys for Defendant John McAdam, Edward Eames, Carlton Amdahl, Jeffrey Hussey, Tom Hull, Kenny Frerichs, Andy Reinland, John Rodriquez, and Joann Reiter

DATED: September 29, 2006

MCNAUL, EBEL, NAWROT & HELGREN PLLC

s/ Gregory Hollon

ROBERT M. SULKIN, WSBA NO. 26311
GREGORY J. HOLLON, WSBA NO. 14425
600 University Street, Ste. 2700
Seattle, WA 98101-3143
Telephone:   (206) 467-1816
Facsimile:   (206) 624-5128
E-mail: rsulkin@mcnaul.com
E-mail: ghollon@mcnaul.com

Attorneys for Defendants Jeff Pancottine, Steven Coburn and Steven Goldman

DATED: September 29, 2006

PRESTON GATES ELLIS LLP

s/ Philip Guess

HUGH BANGASSER, WSBA NO. 03055
PHILIP GUESS, WSBA NO. 26765
RICHARD A. KIRBY
  (Admitted Pro Hac Vice)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone:   (206) 623-7580
Facsimile:   (206) 623-7022
E-mail: hughb@prestongates.com
E-mail: philg@prestongates.com
E-mail: RichardK@prestongates.com

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 6
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 * Tel: 206-839-4800

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Defendants Keith Grinstein, Karl Guelich, Alan Higginson, A. Gary Ames, and Rich Malone |
| 2 |   |   |
| 3 | DATED: September 29, 2006 | WILLIAMS KASTNER & GIBBS PLLC |
| 4 |   | s/ John Knox |
| 5 |   | RANDY ALIMENT, WSBA NO. 11440<br>JOHN KNOX, WSBA NO. 12707 |
| 6 |   | Two Union Square<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Facsimile: (206) 628-6611<br>E-mail: raliment@wkg.com<br>E-mail: jnox@wkg.com |

Attorneys for Defendants Brett Helsel

\* \* \*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: October 2, 2006      /s/ Robert S. Lasnik

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 7
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> John G. Emerson
> EMERSON POYNTER
> The Museum Center
> 500 President Clinton Avenue, Suite 305
> Little Rock, Arkansas 72201
> E-mail: john@emersonpoynter.com
>
> Stuart W. Emmon
> William B. Federman
> FEDERMAN & SHERWOOD
> 10205 North Pennsylvania Avenue
> Oklahoma City, Oklahoma 73120
> E-Mail: wfederman@aol.com
>
> *Attorneys for Plaintiff Glenn Hutton*
>
> Kirk Robert Mulfinger
> MULFINGER LAW GROUP
> 13555 Bel Red Road, Suite 111 A
> Bellevue, Washington 98005
> E-Mail: kirk@purchaselaw.com
>
> Kip B. Shuman
> Jeffrey B. Berens
> DYER & SHUMAN, LLP
> 801 East 17th Avenue
> Denver, CO 80219
> E-Mail: kshuman@dyershuman.com
>
> *Attorneys for Plaintiff Allen Easton*
>
> Robert M. Sulkin
> Gregory J. Hollon
> MCNAUL, EBEL, NAWROT, HELGREN & VANCE
> 600 University Street, Suite 2700
> Seattle, Washington 98101-3143
> E-mail: rsulkin@mcnaul.com
> E-mail: ghollon@mcnaul.com
>
> *Attorneys for Defendants Jeff Pancottine,*
> *Steven Coburn and Steven Goldman*

CERTIFICATE OF SERVICE -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

George E. Greer
Lori Lynn Phillips
Kelly B. Fennerty
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
E-Mail: george.greer@hellerehrman.com
E-Mail: lori.phillips@hellerehrman.com
E-Mail: Kelly.fennerty@hellerehrman.com

*Attorneys for Defendants*
*Joann Reiter, Edward Eames, Jeffrey S. Hussey, John McAdam,*
*Tom Hull, John Rodriguez, Andy Reinland and Kenny Frerichs*

Benny C. Goodman III
Travis E. Downs III
Thomas G. Wilhelm
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Email: travisd@lerachlaw.com
Email: bennyg@lerachlaw.com

Tamara J. Driscoll
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
1700 Seventh Avenue, Suite 2260
Seattle, Washington 98101
E-Mail: tdriscoll@lerachlaw.com

*Attorneys for Plaintiffs Locals 302 and 612 of the*
*International Union of Operating Engineers-Employers*
*Construction Industry Retirement Trust*

Hugh Bangasser
Philip Guess
Richard A. Kirby
PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
E-mail: hughb@prestongates.com
E-mail: kentc@prestongates.com

*Attorneys for Defendants Keith Grinstein, Karl Guelich,*
*Alan Higginson, A. Gary Ames, and Rich Malone*

CERTIFICATE OF SERVICE -- 2
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

```
 1    Randy Aliment
      John A. Knox
 2    WILLIAMS KASTNER & GIBBS PLLC
      Two Union Square
 3    601 Union Street, Suite 4100
      Seattle, WA  98101-2380
 4    E-mail: raliment@wkg.com
      E-mail: jnox@wkg.com
 5
              Attorneys for Defendant Brett Helsel
 6

 7    Dated at Seattle, Washington, this 29th day of September, 2006.

 8
              DLA PIPER US LLP
 9

10            s/ Christopher M. Huck
              Stellman Keehnel, WSBA No. 9309
11            Brian D. Buckley, WSBA No. 26423
              Jeffrey B. Coopersmith, WSBA No. 30954
12            Christopher M. Huck, WSBA No. 34104

13            Attorneys for F5 Networks, Inc.

14            DLA Piper Rudnick Gray Cary US LLP
              701 Fifth Avenue, Suite 7000
15            Seattle, WA  98104-7044
              Telephone:   (206) 839-4800
16            Facsimile:   (206) 839-4801
              E-Mail:  stellman.keehnel@dlapiper.com
17            E-Mail:  brian.buckley@dlapiper.com
              E-Mail:  jeff.coopersmith@dlapiper.com
18            E-Mail:  christopher.huck@dlapiper.com

19  SE\9086746.3

20

21

22

23

24

25

26
```

CERTIFICATE OF SERVICE -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800