1

2
SCHIFFRIN  BARROWAY
TOPAZ & KESSLER, LLP
3
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
4
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

5
    -and-
6

7
Eric L. Zagar
Robin Winchester
Nichole Browning
8
J. Daniel Albert
280 King of Prussia Road
9
Radnor, PA  19087
Telephone: (610) 667-7706
10
Facsimile: (610) 667-7056

11
Attorneys for Proposed Lead Plaintiffs
Walter and Forseth and Proposed Lead Counsel
12

13
## UNITED STATES DISTRICT COURT

14
## NORTHERN DISTRICT OF CALIFORNIA

15
## OAKLAND DIVISION

16
RALPH WILDER, Derivatively on
Behalf of SONIC SOLUTIONS, INC.

17
　　　　　　　　Plaintiff,

18
　　　v.

19
ROBERT J. DORIS, MARY C. SAUER,
JAMES A. MOORER, MICHAEL C.
20
CHILD, ROBERT M. GREBER, PETER J.
MARGUGLIO, R. WARREN LANGLEY,
21
A. CLAY LEIGHTON, KIRK PAULSEN,
MICHAEL J. COSTELLO and
22
CHRISTOPHER A. KRYZAN,

23
　　　　　　　　Defendants,

24
　　and

25
SONIC SOLUTIONS, INC.

26
　　　　　　　　Nominal Defendant.

27

28
DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND
JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
WILDER.
CASE NO. C 07-01500 CW

Case No. C 07-01500 CW

**DECLARATION OF ROBIN
WINCHESTER IN SUPPORT
OF PLAINTIFS ANDREW
WALTER AND JAMES
FORSETH'S MOTION TO
CONSOLIDATE CASES AND
TO APPOINT LEAD
PLAINTIFFS AND LEAD
COUNSEL, AND IN
OPPOSITION TO THE
MOTION OF SAMMY K.
DOOLITTLE AND RALPH D.
WILDER**

Date:  August 7, 2007
Time:  2:00 p.m.
Before:  Hon. Claudia Wilken

1

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | Case No. C 07-02344 CW |

1
2
3

ANDREW WALTER, Derivatively on
Behalf of Nominal Defendant SONIC
SOLUTIONS,

                Plaintiff,

        v.

4
5
6
7
8

ROBERT J. DORIS, MARY C. SAUER,
JAMES A. MOORER, MICHAEL C.
CHILD, ROBERT M. GREBER, PETER J.
MARGUGLIO, R. WARREN LANGLEY,
A. CLAY LEIGHTON, KIRK PAULSEN,
MICHAEL J. COSTELLO and
CHRISTOPHER A. KRYZAN,

               Defendants,

9
10
11

   and

SONIC SOLUTIONS,

             Nominal Defendant.

Case No. C 07-02344 CW

12
13
14
15

JAMES FORSETH, Derivatively on
Behalf of Nominal Defendant SONIC
SOLUTIONS,

              Plaintiff,

       v.

Case No. C 07-03178 CW

16
17
18
19

ROBERT J. DORIS, MARY C. SAUER,
JAMES A. MOORER, MICHAEL C.
CHILD, ROBERT M. GREBER, PETER J.
MARGUGLIO, R. WARREN LANGLEY,
A. CLAY LEIGHTON, KIRK PAULSEN,
MICHAEL J. COSTELLO and
CHRISTOPHER A. KRYZAN,

            Defendants,

20
21
22

   and

SONIC SOLUTIONS,

            Nominal Defendant.

23
24
25
26
27
28

DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER.
CASE NO. C 07-01500 CW

2

1 | SAMMY K. DOOLITTLE, Derivatively on )
2 | Behalf of Nominal Defendant SONIC )
SOLUTIONS, ) Case No. C 07-03361 BZ
3 | Plaintiff, )
v. )
4 | )
ROBERT J. DORIS, DAVID C. HABIGER, MARY )
5 | C. SAUER, A. CLAY LEIGHTON, MARK ELY, )
ROBERT M. GREBER, PETER J. MARGUGLIO, )
6 | and R. WARREN LANGLEY, )
)
7 | Defendants, )
and )
8 | )
SONIC SOLUTIONS, )
9 | )
Nominal Defendant. )

I, Robin Winchester, declare under penalty of perjury this 12th day of July, 2007:

1.      I am an Associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP. The following facts are true to my own personal knowledge and, if called upon to do so, I could and would completely testify to their truth. I submit this Declaration in Support of the Plaintiffs Andrew Walter's and James Forseth's Motion to Consolidate Cases and to Appoint Lead Plaintiffs and Lead Counsel, and in Opposition to the Motion of Sammy K. Doolittle and Ralph D. Wilder.

2.      Attached hereto as Exhibit A is a true and correct copy of the leadership structure order in *In re Ditech Networks, Inc., Derivative Litigation*, Master File No. C 06-05157 JF (N.D. Cal. Nov. 29, 2006).

3.      Attached hereto as Exhibit B is a true and correct copy of the leadership structure order in *Dossett v. Cline, et al.*, Master File No. C 06-03484 JF (N.D. Cal. July 13, 2006).

4.      Attached hereto as Exhibit C is a true and correct copy of the leadership structure order in *Chu v. Hughes, et al.*, Master File No. C 06-3513 JF MHP (N.D. Cal. Aug. 10, 2006).

5.      Attached hereto as Exhibit D is a true and correct copy of the leadership structure order in *Hergotz v. Sola, et al.*, Master File No. C 06-3783 JF (N.D. Cal. Aug. 31, 2006).

6.      Attached hereto as Exhibit E is a true and correct copy of the leadership structure order in *Kalindjian v. Antle, et al.*, Master File No. C 06-3440 JF (N.D. Cal. Sept. 6, 2006).

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge, and that this Declaration was executed on July 12, 2007, at Radnor, Pennsylvania.

3

4

5                              /s/ Robin Winchester
                               ROBIN WINCHESTER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND          4
     JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
     LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
     WILDER.
     CASE NO. C 07-01500 CW

# EXHIBIT A

1  DARRYL P. RAINS (State Bar No. 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
4  Email: DRains@mofo.com

5  DIANE E. PRITCHARD (State Bar No. 96999)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, CA 94105-2482
7  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
8  Email: DPritchard@mofo.com

9  Attorneys for Defendants
   TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10 GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
   MANOLIU, and DITECH NETWORKS, INC.

11

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  In re DITECH NETWORKS, INC.              Case No. C 06-05157 JF
    DERIVATIVE LITIGATION
18                                           **STIPULATION AND
                                             [PROPOSED] ORDER
19                                           (1) RELATING AND
                                             CONSOLIDATING RELATED
    This Document Relates To: All Actions    ACTIONS, (2) APPOINTING CO-
20                                           LEAD PLAINTIFF AND CO-
                                             LEAD PLAINTIFFS' COUNSEL,
21                                           AND (3) RE-SETTING CASE
                                             MANAGEMENT CONFERENCE**
22

23

24      WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25  *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No.

26  C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27  *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

1    which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech")

2    against various individuals alleging that those defendants engaged in the improper backdating of

3    certain stock option grants during the period 1999 through 2001; and

4        WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to

5    this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech*

6    *Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order

7    entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation

8    Order"); and

9        WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or

10   later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman*

11   and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's

12   attention" (Exh. A at ¶ 2); and

13       WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech*

14   *Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been

15   filed in this Court; and

16       WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of

17   Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief

18   on behalf of the company arising out of alleged improper backdating of stock option grants since

19   1999; and

20       WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (*see*

21   Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event,

22   and it appears likely that there will be an unduly burdensome duplication of labor and expense if

23   the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

24       WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff

25   Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James

26   McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead

27   Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead

28   Counsel in this action; and

1        WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2    appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4    Lead Counsel; and

5        WHEREAS a case management conference date set in one of the two originally

6    consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7    the other action was not vacated; and

8        WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9    by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10   service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11   (*see* Exh. A at ¶¶ 16-19); and

12       WHEREAS the parties believe it would serve the interests of judicial efficiency and

13   effective case management to conduct the case management conference after the *Lau* action has

14   been consolidated in this proceeding,

15       NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16   Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17   respective counsel of record, as follows:

18       1.    The *Lau* action should be related to and consolidated for all purposes with *In re*

19   *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20   Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21   Consolidation Order.

22       2.    A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23   which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24   served no later than December 22, 2006.

25       3.    The case management conference previously set in one of the consolidated actions

26   for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27   2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

1    Dated: November 28, 2006             SCHIFFRIN & BARROWAY LLP

2                                         ERIC L. ZAGAR
                                        SANDRA G. SMITH

3                                         Proposed Co-Lead Counsel for Plaintiffs

4                                                - and -

5                                        BRAMSON, PLUTZIK, MAHLER &
                                        BIRKHAEUSER, LLP

6                                        ALAN R. PLUTZIK

7                                        L. TIMOTHY FISHER
                                       KATHRYN A. SCHOFIELD

8                                        Counsel for Plaintiffs Donald W. Newman
                                       and James McKenna

9

10                                        By         s/ Sandra G. Smith

11

12    Dated: November 28, 2006             LERACH COUGHLIN STOIA GELLER

13                                        RUDMAN & ROBBINS LLP
                                       WILLIAMS S. LERACH

14                                        DARREN J. ROBBINS
                                       TRAVIS E. DOWNS III

15                                        SHAWN A. WILLIAMS

16                                        Proposed Co-Lead Counsel for Plaintiffs

17                                              - and -

18                                        SHUMAN & BERENS LLP
                                       KIP B. SHUMAN

19                                        Counsel for Plaintiff Kenneth Lau

20

21                                        By         s/ Aelish Baig

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November 28, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD


By _____ s/ Diane E. Pritchard _____
　　　　　Diane E. Pritchard
Counsel for Defendants DITECH
NETWORKS, INC., TIMOTHY K.
MONTGOMERY, WILLIAM J.
TAMBLYN, GREGORY M. AVIS,
WILLIAM A. HASLER, and ANDREI M.
MANOLIU

1     I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2     Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3     Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4     Conference.  In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

5     Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

6

7

8     Dated:  November 28, 2006                MORRISON & FOERSTER LLP
                                               DARRYL P. RAINS
9                                              DIANE E. PRITCHARD

10

11                                             By _____ s/ Diane E. Pritchard _____
                                                        Diane E. Pritchard
12                                             Counsel for Defendants DITECH
                                               NETWORKS, INC., TIMOTHY K.
13                                             MONTGOMERY, WILLIAM J.
                                               TAMBLYN, GREGORY M. AVIS,
14                                             WILLIAM A. HASLER, and ANDREI M.
                                               MANOLIU
15

16

17     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18
       Dated:    11/28/06
19                                             _____
20                                             Honorable Jeremy Fogel
                                               United States District Judge
21

22

23

24

25

26

27

28

# EXHIBIT B

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  TRAVIS E. DOWNS III (148274)
   655 West Broadway, Suite 1900
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
   billl@lerachlaw.com
6  darrenr@lerachlaw.com
   travisd@lerachlaw.com
7
   SCHIFFRIN & BARROWAY, LLP
8  ERIC L. ZAGAR
   SEAN M. HANDLER
9  280 King of Prussia Road
   Radnor, PA 19087
10 Telephone: 610/667-7706
   610/667-7056 (fax)
11
   [Proposed] Co-Lead Counsel for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15
   KENNETH DOSSETT, Derivatively on Behalf)    No. 5:06-cv-03484-JF
16 of Nominal Defendant McAFEE, INC.,        )
                                              )  STIPULATION AND [PROPOSED] ORDER
17                       Plaintiff,           )  CONSOLIDATING CASES FOR ALL
                                              )  PURPOSES, APPOINTING LEAD
18      vs.                                   )  PLAINTIFFS AND CO-LEAD COUNSEL,
                                              )  AND SETTING SCHEDULE FOR FILING
19 DENNIS L. CLINE, et al.,                   )  OF CONSOLIDATED COMPLAINT
                                              )
20                       Defendants,          )
                                              )
21      – and –                               )
                                              )
22 McAFEE, INC.,                              )
                                              )
23               Nominal Defendant.           )
   _____ )
24
   [Caption continued on following page.]
25

26

27

28

**E-filed
7/13/06**

|   |   |   |
|---|---|---|
| 1 | HEAVY & GENERAL LABORERS'<br>LOCALS 472 & 172 PENSION & ANNUITY<br>FUNDS, Derivatively on Behalf of McAFEE,<br>INC., | ) No. 5:06-cv-03620-JF<br>)<br>) |

1  HEAVY & GENERAL LABORERS'                    )  No. 5:06-cv-03620-JF
   LOCALS 472 & 172 PENSION & ANNUITY )
2  FUNDS, Derivatively on Behalf of McAFEE,     )
   INC.,                                        )
3                                               )
                          Plaintiff,            )
4                                               )
          vs.                                   )
5                                               )
   GEORGE SAMENUK, et al.,                      )
6                                               )
                          Defendants,           )
7                                               )
          – and –                               )
8                                               )
   McAFEE, INC., a Delaware corporation,        )
9                                               )
                     Nominal Defendant.         )
10 _____ )

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  WHEREAS, there are two related shareholder derivative actions on behalf of nominal

2  defendant McAfee, Inc. pending before this Court:

3

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

6  WHEREAS, the two related *McAfee* shareholder derivative actions arise out of the same

7  transactions and occurrences and involve the same or substantially similar issues of law and fact,

8  and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

9  and

10  WHEREAS, defendants take no position as to the appointment of the Heavy & General

11  Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and

12  Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead

13  Counsel.

14  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

15  their respective counsel of record, as follows:

16  **I.  CONSOLIDATION OF ACTIONS**

17  1.  The following actions are hereby consolidated for all purposes, including pretrial

18  proceedings, trial and appeal:

19

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

22  2.  The caption of these consolidated actions shall be "*In re McAfee, Inc. Derivative*

23  *Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

24  File No. 5:06-cv-03484-JF.  Any other actions pending or later filed in this Court which arise

25  out of or are related to the same facts as alleged in the above-identified cases shall be consolidated

26  for all purposes, if and when they are brought to the Court's attention.

27

28

1       3.    Every pleading filed in the consolidated actions, or in any separate action included

2   herein, shall bear the following caption:

3   UNITED STATES DISTRICT COURT

4   NORTHERN DISTRICT OF CALIFORNIA

5   SAN JOSE DIVISION

6   In re MCAFEE, INC. DERIVATIVE    )    Master File No. 5:06-cv-03484-JF
    LITIGATION    )
7       )
    _____  )
        )
8   This Document Relates To:    )
    _____  )

9

10      4.    When a pleading is intended to be applicable to all actions governed by this Order,

    the words "All Actions" shall appear immediately after the words "This Document Relates To:" in
11
    the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of
12
    the consolidated actions, this Court's docket number for each individual action to which the pleading
13
    is intended to be applicable and the abbreviated case name of said action shall appear immediately
14
    after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-
15
    03484-JF, *Dossett v. Cline, et al.*").
16
        5.    A Master Docket and a Master File hereby are established for the above consolidated
17
    proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall
18
    continue to be maintained for each of the individual actions hereby consolidated, and entries shall be
19
    made in the docket of each individual case in accordance with the regular procedures of the clerk of
20
    this Court, except as modified by this Order.
21
        6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"
22
    the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No
23
    further copies need be filed, and no other docket entries need be made.
24
        7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than
25
    all of the consolidated actions, the clerk will file such pleading in the Master File only but shall
26
    docket such filing on the Master Docket and the docket of each applicable action.
27

28

1    8.    When a case which properly belongs as part of *In re McAfee, Inc. Derivative*

2   *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

3   Fogel, the clerk of this Court shall:

4    (a)    Place a copy of this Order in the separate file for such action;

5    (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

6   copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

7   their counsel in the newly-filed or transferred case; and

8    (c)    Make an appropriate entry on the Master Docket. This Court requests the

9   assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

10   case which properly might be consolidated as part of *In re McAfee, Inc. Derivative Litigation.*.

11   **II.    APPOINTMENT OF LEAD DERIVATIVE PLAINTIFFS AND CO-LEAD**

12   **DERIVATIVE COUNSEL**

13    9.    Plaintiffs, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds

14   and Kenneth Dossett, shall be appointed Lead Plaintiffs.

15    10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

16   Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

17   *McAfee* shareholder derivative actions.[1]

18    11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

19   pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

20   manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

21   or unproductive effort.

22    12.    Co-Lead Counsel shall be responsible for coordination of all activities and

23   appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

24

25

---

26   [1]    Defendants take no position as to the appointment of the Heavy & General Laborers' Local

27   472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin
   Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

28

1   motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2   except through Co-Lead Counsel.

3       13.    Co-Lead Counsel also shall be available and responsible for communications to and

4   from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5   service list of all parties and their respective counsel.

6       14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

7   other duly authorized representatives of plaintiffs, and such agreements shall be binding on

8   plaintiffs.

9   **III.    SCHEDULE**

10      15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

11  Consolidated Complaint which will supersede all existing complaints filed in these actions.

12  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

13  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

14  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

15  respect to any defendant named in any of the consolidated actions by serving the Consolidated

16  Complaint on that defendant's counsel.

17      16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

18  later than 45 days from the date of service. In the event that defendants file and serve any motion

19  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

20  after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

21  they will do so within 15 days after service of the opposition.

22      IT IS SO STIPULATED.

23  DATED: July 10, 2006                 LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
24                                        WILLIAM S. LERACH
                                          DARREN J. ROBBINS
25                                        TRAVIS E. DOWNS III

26

27                                               s/ TRAVIS E. DOWNS III
                                          TRAVIS E. DOWNS III
28

1

2                   655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

3                   619/231-7423 (fax)

4      *I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this*

5 *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Sean M. Handler has concurred in this filing.*

6

7 DATED: July 10, 2006          SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER

8

9

10                        s/ SEAN M. HANDLER
                           SEAN M. HANDLER

11                   280 King of Prussia Road
Radnor, PA 19087

12                   Telephone: 610/667-7706
610/667-7056 (fax)

13

14                   [Proposed] Co-Lead Counsel for Plaintiffs

15                   GREEN WELLING, LLP
ROBERT S. GREEN
595 Market Street, Suite 2750

16                   San Francisco, CA 94105
Telephone: 415/477-6700

17                   415/477-6710 (fax)

18                   Attorneys for Plaintiffs

19      *I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this*

20 *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Gregory L. Watts has concurred in this filing.*

21

22 DATED: July 10, 2006          WILSON SONSINI GOODRICH & ROSATI
BORIS FELDMAN
NINA F. LOCKER

23                   GREGORY L. WATTS

24

25                       s/ GREGORY L. WATTS
                         GREGORY L. WATTS

26

27

28

1

2    650 Page Mill Road
     Palo Alto, CA  94304
3    Telephone: 650/493-9300
     650/493-6811 (fax)

4    Counsel for Nominal Defendant McAfee, Inc.
     and Individual Defendants George Samenuk, Eric
5    F. Brown, Kevin Weiss, Leslie G. Denend,
     Robert M. Cutkowsky, Denis O'Leary, Robert
6    W. Pangia, Robert B. Bucknam, Liane Wilson,
     and Dale L. Fullers

7                    *        *        *

8                        **O R D E R**

9        PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11   DATED:    7/12/06    _____

12                        THE HONORABLE JEREMY FOGEL
                          UNITED STATES DISTRICT JUDGE

13   S:\CasesSD\McAfee Derivative\STP00032444.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

                  s/ TRAVIS E. DOWNS III

8                   TRAVIS E. DOWNS III

9                   LERACH COUGHLIN STOIA GELLER
                      RUDMAN & ROBBINS LLP

10                   655 West Broadway, Suite 1900
                  San Diego, CA 92101

11                   Telephone: 619/231-1058
                  619/231-7423 (fax)

12                   E-mail: Travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03484-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```

# EXHIBIT C

1

2

3

4

5

6                                                                    **E-filed 8/10/06**

7

8

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16  HOWARD CHU, Derivatively On Behalf of    )    No. C-06-3513-JF
    Nominal Defendant RAMBUS INC.,           )
17                                           )    [~~PROPOSED~~] ORDER GRANTING
                             Plaintiff,      )    PLAINTIFFS' MOTIONS TO
18                                           )    CONSOLIDATE RELATED CASES AND
        vs.                                  )    APPOINT LEAD PLAINTIFF AND LEAD
19                                           )    COUNSEL
    HAROLD HUGHES, et al.,                   )
20                                           )
                             Defendants,     )
21                                           )
        – and –                              )
22                                           )
    RAMBUS INC.,                             )
23                                           )
                    Nominal Defendant.       )
24  ─────────────────────────────────────────

25  [Caption continued on following page.]

26

27

28



| | | |
|---|---|---|
| 1 | ROLAND BIBEAU, Derivatively On Behalf of Nominal Defendant RAMBUS INC., | ) No. C-06-3921-JF |
| 2 | ) |
| | Plaintiff, ) |
| 3 | ) |
| | vs. ) |
| 4 | ) |
| | HAROLD HUGHES, et al., ) |
| 5 | ) |
| | Defendants, ) |
| 6 | ) |
| | – and – ) |
| 7 | ) |
| | RAMBUS INC., ) |
| 8 | ) |
| | Nominal Defendant. ) |
| 9 | ) |
| | GAETANO RUGGIERI, Derivatively On ) No. C-06-4153-RMW |
| 10 | Behalf of RAMBUS INC., ) |
| | ) |
| 11 | Plaintiff, ) |
| | ) |
| 12 | vs. ) |
| | ) |
| 13 | HAROLD HUGHES, et al., ) |
| | ) |
| 14 | Defendants, ) |
| | ) |
| 15 | – and – ) |
| | ) |
| 16 | RAMBUS INC., a Delaware corporation, ) |
| | ) |
| 17 | Nominal Defendant. ) |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    Motions to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel (the

2 "Motions") came on for hearing in the ordinary course. Having considered the papers submitted in

3 support of and in response to the Motions, the argument of counsel, if any, and for good cause

4 shown, the Court ORDERS as follows:

5 **I.    CONSOLIDATION OF ACTIONS**

6    1.    The following actions are hereby consolidated for all purposes, including pretrial

7 proceedings, trial and appeal:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Chu v. Hughes, et al.* | C 06-3513-JF | March 31, 2006 |
| *Bibeau v. Hughes et al.* | C 06-3921-JF | June 23, 2006 |
| *Ruggieri v. Hughes, et al.* | C 06-4153-RMW | July 5, 2006 |

11

12    2.    The caption of these consolidated actions shall be "*In re Rambus Inc. Derivative*

*Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

File No. C-06-3513-JF. Any other actions now pending or later filed in this Court which arise out of

or are related to the same facts as alleged in the above-identified cases shall be consolidated for all

purposes, if and when they are brought to the Court's attention.

3.    Every pleading filed in the consolidated actions, or in any separate action included

herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re RAMBUS INC.  DERIVATIVE<br>LITIGATION | )<br>)<br>) | Master File No. C-06-3513-JF |
| This Document Relates To: | )<br>)<br>) | |

25    4.    When a pleading is intended to be applicable to all actions governed by this Order,

26 the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

27 the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

28 the consolidated actions, this Court's docket number for each individual action to which the pleading

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF    - 1 -

1   is intended to be applicable and the abbreviated case name of said action shall appear immediately

2   after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-

3   03921-JF, *Bibeau v. Hughes, et al.*").

4        5.    A Master Docket and a Master File hereby are established for the above consolidated

5   proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

6   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

7   made in the docket of each individual case in accordance with the regular procedures of the clerk of

8   this Court, except as modified by this Order.

9        6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"

10  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

11  further copies need be filed, and no other docket entries need be made.

12       7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than

13  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

14  docket such filing on the Master Docket and the docket of each applicable action.

15       8.    When a case which properly belongs as part of *In re Rambus Inc. Derivative*

16  *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

17  Fogel, the clerk of this Court shall:

18       (a)    Place a copy of this Order in the separate file for such action;

19

20       (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

21  their counsel in the newly-filed or transferred case; and

22       (c)    Make an appropriate entry on the Master Docket. This Court requests the

23  assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

24  case which properly might be consolidated as part of *In re Rambus Inc. Derivative Litigation*.

25  **II.    APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

26       9.    Plaintiffs Howard Chu and Gaetano Ruggieri shall be appointed Lead Plaintiffs.

27

28

1       10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

2  Schiffrin & Barroway, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated

3  Rambus shareholder derivative actions.

4       11.    Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial

5  and trial procedure and settlement negotiations, and shall make all work assignments in such manner

6  as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or

7  unproductive effort.

8       12.    Lead Counsel shall be responsible for coordination of all activities and appearances

9  on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion,

10  request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except

11  through Lead Counsel.

12       13.    Lead Counsel also shall be available and responsible for communications to and from

13  this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service

14  list of all parties and their respective counsel.

15       14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

16  duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

17  **III.**    **SCHEDULE**

18       15.    Plaintiffs shall no later than 45 days from the entry of this Order file and serve a

19  Consolidated Complaint which will supersede all existing complaints filed in these actions.

20  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

21  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

22  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

23  respect to any defendant named in any of the consolidated actions by serving the Consolidated

24  Complaint on that defendant's counsel.

25       16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

26  later than 45 days from the date of service. In the event that defendants file and serve any motion

27  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

28

1   after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2   they will do so within 15 days after service of the opposition.

3        IT IS SO ORDERED.

4
5   DATED:    8/9/06    _____
                            THE HONORABLE JEREMY FOGEL
                            UNITED STATES DISTRICT JUDGE

6
7   Submitted by:

8   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    DARREN J. ROBBINS
9   TRAVIS E. DOWNS III
    BENNY C. GOODMAN III
10  THOMAS G. WILHELM

11
        s/ TRAVIS E. DOWNS III
12      _____
            TRAVIS E. DOWNS III

13  655 West Broadway, Suite 1900
    San Diego, CA  92101
14  Telephone:  619/231-1058
    619/231-7423 (fax)

15
    LERACH COUGHLIN STOIA GELLER
16    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
17  100 Pine Street, Suite 2600
    San Francisco, CA  94111
18  Telephone:  415/288-4545
    415/288-4534 (fax)

19
    SCHIFFRIN & BARROWAY, LLP
20  ERIC L. ZAGER
    SEAN M. HANDLER
21  280 King of Prussia Road
    Radnor, PA  19087
22  Telephone:  610/667-7706
    610/667-7056 (fax)

23
    [Proposed] Lead Counsel for Plaintiffs
24
    S:\CasesSD\Rambus Derivative\ORD 00033487 (Non_Opp).doc
25

26

27

28

    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
    RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF        - 4 -

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7
                             <u>s/ TRAVIS E. DOWNS III</u>

8
                             TRAVIS E. DOWNS III

9
                             LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
10
                             655 West Broadway, Suite 1900
                             San Diego, CA  92101
11
                             Telephone:  619/231-1058
                             619/231-7423 (fax)
12
                             E-mail: travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com lmontoya@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Todd Mosser**
  tmosser@sbclasslaw.com dpotts@sbclasslaw.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT D



1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP                                    **E-filed 8/31/06**
2  SHAWN A. WILLIAMS (213113)
   MARIA V. MORRIS (223903)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  mariam@lerachlaw.com
   moniquew@lerachlaw.com
7      – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   THOMAS G. WILHELM (234980)
9  655 West Broadway, Suite 1900
   San Diego, CA  92101
10 Telephone:  619-231-1058
   619/231-7423 (fax)
11 travisd@lerachlaw.com
   bennyg@lerachlaw.com
12 twilhelm@lerachlaw.com

13 Attorneys for Plaintiff

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 WILLIAM HERGOTZ, Derivatively on Behalf)   No. C-06-3783-JF
   of Nominal Defendant SANMINA-SCI          )
18 CORPORATION,                               )   STIPULATION AND [PROPOSED] ORDER
                                              )   CONSOLIDATING CASES FOR ALL
19                            Plaintiff,       )   PURPOSES, APPOINTING LEAD
                                              )   PLAINTIFFS AND CO-LEAD COUNSEL
20       vs.                                   )   AND SETTING SCHEDULE FOR FILING
                                              )   OF CONSOLIDATED COMPLAINT
21 JURE SOLA, et al.,                          )
                                              )
22                            Defendants,      )
                                              )
23       – and –                               )
                                              )
24 SANMINA-SCI CORPORATION,                    )
                                              )
25                    Nominal Defendant.       )
                                              )
26
   [Caption continued on following page.]
27

28



| | | |
|---|---|---|
| 1 | KENNETH SAUNDERS, Derivatively on Behalf of Nominal Defendant SANMINA-SCI | ) No. C-06-03804-JF(HRL) |
| 2 | CORPORATION, | ) |
| 3 | Plaintiff, | ) |
| 4 | vs. | ) |
| 5 | JURE SOLA, et al., | ) |
| 6 | Defendants, | ) |
| 7 | – and – | ) |
| 8 | SANMINA-SCI CORPORATION, | ) |
| 9 | Nominal Defendant. | ) |
| 10 | WOLLASTON G. MORIN, IN THE RIGHT OF AND FOR THE BENEFIT OF | ) No. C-06-04260-RMW(HRL) |
| 11 | SANMINA-SCI CORPORATION, | ) |
| 12 | Plaintiff, | ) |
| 13 | vs. | ) |
| 14 | JURE SOLA, et al., | ) |
| 15 | Defendants, | ) |
| 16 | – and – | ) |
| 17 | SANMINA-SCI CORPORATION, | ) |
| 18 | Nominal Defendant. | ) |

[Caption continued on following page.]

| | |
|---|---|
| 1 | ALASKA ELECTRICAL PENSION FUND,    ) No. C-06-4389-JW(HRL)<br>Derivatively on Behalf of SANMINA-SCI    )<br>2   CORPORATION,    )<br>    )<br>3                        Plaintiff,    )<br>    )<br>4      vs.    )<br>    )<br>5   JURE SOLA, et al.,    )<br>    )<br>6                        Defendants,    )<br>    )<br>7      – and –    )<br>    )<br>8   SANMINA-SCI CORPORATION, a Delaware )<br>corporation,    )<br>9                    )<br>                    Nominal Defendant.    )<br>10  _____)<br>    WILLIAM A. HALLETT, JR., et al.,    ) No. C-06-04494-PVT<br>11  Derivatively on Behalf of SANMINA-SCI    )<br>    CORPORATION,    )<br>12                    )<br>                        Plaintiffs,    )<br>13                    )<br>      vs.    )<br>14                    )<br>    JURE SOLA, et al.,    )<br>15                    )<br>                        Defendants,    )<br>16                    )<br>      – and –    )<br>17                    )<br>    SANMINA-SCI CORPORATION, a Delaware )<br>18  corporation,    )<br>    )<br>19                    Nominal Defendant.    )<br>    )<br>20  _____<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 |

1   WHEREAS, there are five related shareholder derivative actions on behalf of Nominal

2   Defendant Sanmina-SCI Corporation ("Sanmina") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

9   WHEREAS, the five related shareholder derivative actions arise out of the same transactions

10  and occurrences and involve the same or substantially similar issues of law and fact, and, therefore,

11  should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

12  WHEREAS, on August 4, 2006, Alaska Electrical Pension Fund and Helen G. McGowan

13  filed a Notice of Motion and Motion Consolidating Cases and for the Appointment of Lead

14  Plaintiffs, with its selection of Lerach Coughlin Stoia Geller Rudman & Robbin LLP as Lead

15  Counsel;

16  WHEREAS, on August 4, 2006, William Hergotz and Kenneth Saunders filed a Notice of

17  Motion and Motion to Consolidate Related Shareholder Actions and Appoint Lead Plaintiffs, Co-

18  Lead Counsel and Liaison Counsel, selecting the law firms of Schiffrin & Barroway, LLP and

19  Brodsky & Smith, LLC as Co-Lead Counsel;

20  WHEREAS, Nominal Defendant Sanmina takes no position as to the appointment of the

21  Alaska Electrical Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia

22  Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel;

23  WHEREAS, after meeting and conferring, all Lead Plaintiff applicants agree that Alaska

24  Electrical Pension Fund and William Hergotz should be appointed Lead Plaintiffs and Lerach

25  Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP should be appointed

26  Co-Lead Counsel;

27

28

1    WHEREAS, counsel for plaintiffs and Nominal Defendant Sanmina have met and conferred

2    and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion

3    directed at the Consolidated Complaint; and

4    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

5    efficiency, and will not cause prejudice to any party.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and Nominal Defendant

7    Sanmina, through their respective counsel of record, as follows:

8    **I.     CONSOLIDATION OF ACTIONS**

9        1.    The following actions are hereby consolidated for all purposes, including pretrial

10    proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

17        2.    The caption of these consolidated actions shall be "*In re Sanmina-SCI Corp.

18    Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

19    under Master File No. C-06-03783-JF. Any other actions now pending or later filed in this Court

20    which arise out of or are related to the same facts as alleged in the above-identified cases shall be

21    consolidated for all purposes, if and when they are brought to the Court's attention.

22        3.    Every pleading filed in the consolidated actions, or in any separate action included

23    herein, shall bear the following caption:

24

25

26

27

28

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  SAN JOSE DIVISION

4  In re SANMINA-SCI CORP.           )    Master File No. C-06-03783-JF
   DERIVATIVE LITIGATION             )
5  _____ )
                                     )
6  This Document Relates To:         )
                                     )
7  _____ )

8      4.    When a pleading is intended to be applicable to all actions governed by this Order,

9  the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

10 the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

11 the consolidated actions, this Court's docket number for each individual action to which the pleading

12 is intended to be applicable and the abbreviated case name of said action shall appear immediately

13 after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-04389-

14 JW, *Alaska Electrical Pension Fund v. Jure Sola, et al.*").

15     5.    A Master Docket and a Master File hereby are established for the above consolidated

16 proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

17 continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

18 made in the docket of each individual case in accordance with the regular procedures of the clerk of

19 this Court, except as modified by this Order.

20     6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"

21 the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

22 further copies need be filed, and no other docket entries need be made.

23     7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than

24 all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

25 docket such filing on the Master Docket and the docket of each applicable action.

26     8.    When a case which properly belongs as part of *In re Sanmina-SCI Corp. Derivative

27 Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

28 Fogel, the clerk of this Court shall:

STIP AND [PROP] ORDER CONS CASES FOR ALL PURPOSES, APPTG LEAD PLTFS AND CO-
LEAD COUNSEL AND SET SCHED FOR FILING OF CONS COMPLAINT - C-06-3783-JF     - 3 -

1              (a)    Place a copy of this Order in the separate file for such action;

2              (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

3    copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

4    their counsel in the newly-filed or transferred case; and

5              (c)    Make an appropriate entry on the Master Docket.  This Court requests the

6    assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

7    case which properly might be consolidated as part of *In re Sanmina-SCI Corp. Derivative Litigation.*

8    **II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

9         9.    Plaintiffs Alaska Electrical Pension Fund and William Hergotz shall be appointed

10   Lead Plaintiffs.

11        10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

12   Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

13   *Sanmina* shareholder derivative actions.[1]

14        11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

15   pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

16   manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

17   or unproductive effort.

18        12.    Co-Lead Counsel shall be responsible for coordination of all activities and

19   appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No

20   motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

21   except through Co-Lead Counsel.

22        13.    Co-Lead Counsel also shall be available and responsible for communications to and

23   from this Court.  Co-Lead Counsel shall be responsible for the creation and maintenance of a master

24   service list of all parties and their respective counsel.

25   _____

26   [1]    Nominal Defendant Sanmina takes no position as to the appointment of the Alaska Electrical
     Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman &
27   Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel.

28

1       14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

2  other duly authorized representatives of plaintiffs, and such agreements shall be binding on

3  plaintiffs.

4  **III.    SCHEDULE**

5       15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

6  Consolidated Complaint which will supersede all existing complaints filed in these actions.

7  Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with

8  respect to Nominal Defendant Sanmina by serving the Consolidated Complaint on counsel for

9  Nominal Defendant Sanmina.

10       16.    Nominal Defendant Sanmina shall answer or otherwise respond to the Consolidated

11  Complaint no later than 45 days from the date of service.  In the event that Nominal Defendant

12  Sanmina files and serves any motion directed at the Consolidated Complaint, plaintiffs shall file and

13  serve their opposition within 45 days after the service of the motion.  If Nominal Defendant Sanmina

14  files and serves a reply to plaintiffs' opposition, it will do so within 15 days after service of the

15  opposition.

16       IT IS SO STIPULATED.

17  DATED:  August 18, 2006            LERACH COUGHLIN STOIA GELLER
                           RUDMAN & ROBBINS LLP
18                           SHAWN A. WILLIAMS
                           MARIA V. MORRIS
19                           MONIQUE C. WINKLER

20                                  /s/
                           MONIQUE C. WINKLER
21
                           100 Pine Street, Suite 2600
22                           San Francisco, CA  94111
                           Telephone:  415/288-4545
23                           415/288-4534 (fax)

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

I hereby attest that ROBIN WINCHESTER have concurred in this filing.

11

12

13

14

DATED:  August 18, 2006                SCHIFFRIN & BARROWAY, LLP
                                       ERIC L. ZAGAR
                                       SEAN M. HANDLER
                                       ROBIN WINCHESTER

                                                    /s/
                                       ROBIN WINCHESTER

15

16

17

18

                                       280 King of Prussia Road
                                       Radnor, PA  19087
                                       Telephone:  610/667-7706
                                       610/667-7056 (fax)

                                       [Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

19

20

21

this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

I hereby attest that EVAN J. SMITH have concurred in this filing.

22

23

24

25

DATED:  August 18, 2006                BRODSKY & SMITH, LLC
                                       EVAN J. SMITH

                                                    /s/
                                       EVAN J. SMITH

26

27

28

1

2         9595 Wilshire Boulevard, Suite 900
          Beverly Hills, CA 90212
          Telephone: 310/300-8425
3         310/247-0160 (fax)

4         Counsel for Plaintiff Saunders

5         I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

6   this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

7   I hereby attest that BETSY C. MANIFOLD have concurred in this filing.

8   DATED:  August 18, 2006              WOLF HALDENSTEIN ADLER FREEMAN &
9                                        HERZ LLP
                                         BETSY C. MANIFOLD
10
                                                    /s/
11                                       _____
                                              BETSY C. MANIFOLD

12                                       Symphony Towers
                                         750 B. Street, Suite 2770
13                                       San Diego, CA 92101
                                         Telephone: 619/239-4599
14                                       619/234-4599 (fax)

15                                       Counsel for Plaintiff Morin

16        I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

17  this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

18  I hereby attest that NORMAN J. BLEARS have concurred in this filing.

19  DATED:  August 18, 2006              HELLER EHRMAN LLP
20                                       NORMAN J. BLEARS
                                         MICHAEL L. CHARLSON
21                                       NICOLE M. RYAN

22

23                                                  /s/
                                         _____
24                                            NORMAN J. BLEARS

25

26

27

28

1

2
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  650/324-7000

3
650/324-0638 (fax)

4
Counsel for Nominal Defendant Sanmina-SCI
Corporation

5
\*          \*          \*

6
**O R D E R**

7
PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9
DATED:      8/31/06

10
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

11
T:\casesSF\sanmina\STP00033927.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

                                                    /s/
8                                          MONIQUE C. WINKLER

9                                          LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
10                                         100 Pine Street, Suite 2600
                                           San Francisco, CA 94111
11                                         Telephone: 415/288-4545
                                           415/288-4534 (fax)
12                                         E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03783-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com
  susan.griffinpreston@hellerehrman.com;karen.strong@hellerehrman.com;jennifer.cygnor@hellere

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Betsy C. Manifold**
  manifold@whafh.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G Smith
Schiffrin & Barroway LLP
280 King of Purssia Rd
Rannor, PA 19087
```

# EXHIBIT E

**E-filed 9/6/06**

1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  TRAVIS E. DOWNS III (148274)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   billl@lerachlaw.com
6  darrenr@lerachlaw.com
   travisd@lerachlaw.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  MARIA V. MORRIS (223903)
   MONIQUE C. WINKLER (213031)
9  100 Pine Street, Suite 2600
   San Francisco, CA  94111
10 Telephone:  415/288-4545
   415/288-4534 (fax)
11 swilliams@lerachlaw.com
   mariam@lerachlaw.com
12 moniquew@lerachlaw.com

13 SCHIFFRIN & BARROWAY, LLP
   ERIC L. ZAGAR
14 SEAN M. HANDLER
   280 King of Prussia Road
15 Radnor, PA  19087
   Telephone:  610/667-7706
16 610/667-7056 (fax)
   ezagar@sbclasslaw.com
17 shandler@sbclasslaw.com

18

19 [Proposed] Co-Lead Counsel for Plaintiffs

20            UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

22                   SAN JOSE DIVISION

23 VIKEN KALINDJIAN, Derivatively on Behalf)   No. C-06-3440-JF
   of Nominal Defendant TRIDENT            )
24 MICROSYSTEMS, INC.                      )   STIPULATION AND [PROPOSED] ORDER
                                           )   CONSOLIDATING CASES FOR ALL
25                       Plaintiff,        )   PURPOSES, APPOINTING LEAD
                                           )   PLAINTIFFS AND CO-LEAD COUNSEL
26         vs.                             )   AND SETTING SCHEDULE FOR FILING
                                           )   OF CONSOLIDATED COMPLAINT
27 GLEN M. ANTLE, JUNG-HERNG CHANG, )
   YASUSHI CHIKAGAMI, PETER JEN,  )
28 FRANK C. LIN, GERRY LIU, JOHN LUKE, )

1  AMIR MASHKOORI, MILLARD PHELPS, )
   and W. STEPHEN ROWE,                )
2                                      )
                  Defendants,          )
3                                      )
        – and –                        )
4                                      )
   TRIDENT MICROSYSTEMS, INC.,         )
5                                      )
                  Nominal Defendant.   )
6                                      )
7
8  TO BE CONSOLIDATED WITH

9  GERALD W. KEENEY, Derivatively on   )   No. C-06-4329-JF
   Behalf of TRIDENT MICROSYSYSTEMS,   )
   INC.,                               )
10                                     )
                  Plaintiff,           )
11                                     )
        vs.                            )
12                                     )
   FRANK C. LIN, PETER JEN, JOHN S.    )
13 EDMUNDS, JUNG-HERNG CHANG,          )
   YASUSHI CHIKAGAMI, MILLARD          )
14 PHELPS, GLEN M. ANTLE and JOHN      )
   LUKE,                               )
15                                     )
                  Defendants,          )
16                                     )
        – and –                        )
17                                     )
   TRIDENT MICROSYSTEMS, INC., a       )
18 Delaware corporation,               )
                                       )
19                Nominal Defendant.   )

20 ─────────────────────────────────

21     WHEREAS, there are two related shareholder derivative actions on behalf of Nominal

22 Defendant Trident Microsystems, Inc. pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

25     WHEREAS, the two related *Trident Microsystems* shareholder derivative actions arise out of

26 the same transactions and occurrences and involve the same or substantially similar issues of law and

27 fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 2 -

1    WHEREAS, plaintiffs and defendants agree that any other actions filed in or transferred to

2    this Court which arise out of or relate to the same facts as alleged in the above-referenced actions

3    should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

4    WHEREAS, plaintiffs and defendants agree that judicial economy will be served by the entry

5    of a schedule for the filing of answers or other responses to the Consolidated Complaint.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

7    their respective counsel of record, as follows:

8    **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10    proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

14    2.    The caption of these consolidated actions shall be "*In re Trident Microsystems, Inc.*

15    *Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

16    under Master File No. C-06-3440-JF. Any other actions now pending or later filed in this Court

17    which arise out of or are related to the same facts as alleged in the above-identified cases shall be

18    consolidated for all purposes, if and when they are brought to the Court's attention.

19    3.    Every pleading filed in the consolidated actions, or in any separate action included

20    herein, shall bear the following caption:

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 3 -

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re TRIDENT MICROSYSTEMS,
Inc., DERIVATIVE LITIGATION

_____

This Document Relates To:

_____

)
)
)
)
)
)
)
)

Master File No. C-06-3440-JF

8      4.     When a pleading is intended to be applicable to all actions governed by this Order,

9   the words "All Actions" shall appear immediately after the words "This Document Relates To": in

10  the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of

11  the consolidated actions, this Court's docket number for each individual action to which the pleading

12
13  is intended to be applicable and the abbreviated case name of said action shall appear immediately

14  after the words "This Document Relates To": in the caption described above (*e.g.*, "No. C-06-3440-

15  JF, *Kalindjian v. Antle, et al.*").

16      5.     A Master Docket and a Master File hereby are established for the above consolidated

17  proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall

18
19  continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

20  made in the docket of each individual case in accordance with the regular procedures of the clerk of

21  this Court, except as modified by this Order.

22      6.     When a pleading is filed and the caption shows that it is applicable to "All Actions,"

23  the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No

24  further copies need be filed, and no other docket entries need be made.

25      7.     When a pleading is filed and the caption shows that it is to be applicable to fewer than

26  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

27
28  docket such filing on the Master Docket and the docket of each applicable action.

8.    When a case which properly belongs as part of *In re Trident Microsystems, Inc.*

*Derivative Litigation* is filed in this Court or transferred to this Court from another court, the clerk of

this Court shall:

       (a)    Place a copy of this Order in the separate file for such action;

       (b)    Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a

copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

their counsel in the newly filed or transferred case; and

       (c)    Make an appropriate entry on the Master Docket.  This Court requests the

assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

case which properly might be consolidated as part of *In re Trident Microsystems, Inc. Derivative*

*Litigation.*

**II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

It is further stipulated by plaintiffs only that:

9.    Plaintiffs, Viken Kalindjian and Gerald W. Keeney shall be appointed Lead Plaintiffs.

10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

*Trident Microsystems* shareholder derivative actions.

11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

or unproductive effort.

12.    Co-Lead Counsel shall be responsible for coordination of all activities and

appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No

1  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2  except through Co-Lead Counsel.

3      13.    Co-Lead Counsel also shall be available and responsible for communications to and

4  from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5  service list of all parties and their respective counsel.

6

7      14.    Defendants take no position on the appointment of Lead Plaintiffs or Co-Lead

8  Counsel.

9      15.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

10 other duly authorized representatives of plaintiffs, and such agreements shall be binding on

11 plaintiffs.

12 **III.    SCHEDULE**

13

14     16.    Plaintiffs shall have 60 days from the entry of this Order to file and serve a

15 Consolidated Complaint which will supersede all existing complaints filed in these actions.

16 Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

17 the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

18 or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

19 respect to any defendant named in any of the consolidated actions by serving the Consolidated

20 Complaint on that defendant's counsel.

21

22     17.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

23 later than 45 days from the date of service. In the event that defendants file and serve any motion

24 directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

25

26

27

28

1    after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2    they will do so within 15 days after service of the opposition.

3    DATED: August 31, 2006                    LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
4                                               SHAWN A. WILLIAMS
                                                MARIA V. MORRIS
5                                               MONIQUE C. WINKLER

6

7                                                          /s/
                                                _____
8                                                  MONIQUE C. WINKLER

9                                               100 Pine Street, Suite 2600
                                                San Francisco, CA 94111
10                                              Telephone: 415/288-4545
                                                415/288-4534 (fax)
11
                                                LERACH COUGHLIN STOIA GELLER
12                                                 RUDMAN & ROBBINS LLP
                                                WILLIAM S. LERACH (68581)
13                                              DARREN J. ROBBINS (168593)
                                                TRAVIS E. DOWNS III (148274)
14                                              655 West Broadway, Suite 1900
                                                San Diego, CA 92101
15                                              Telephone: 619/231-1058
                                                619/231-7423 (fax)
16
                                                [Proposed] Co-Lead Counsel for Plaintiffs
17
         I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to
18
     file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,
19
     X.B., I hereby attest that ROBIN WINCHESTER have concurred in this filing.
20

21

22   DATED: August 31, 2006                     SCHIFFRIN & BARROWAY, LLP
                                                SEAN M. HANDLER
23                                              ROBIN WINCHESTER

24
                                                          /s/
25                                              _____
                                                   ROBIN WINCHESTER
26
                                                280 King of Prussia Road
27                                              Radnor, PA 19087
                                                Telephone: 610/667-7706
28                                              610/667-7056 (fax)

1   after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2   they will do so within 15 days after service of the opposition.

3   DATED: August ___, 2006          LERACH COUGHLIN STOIA GELLER

4                                   RUDMAN & ROBBINS LLP
                                  SHAWN A. WILLIAMS

5                                   MARIA V. MORRIS
                                  MONIQUE C. WINKLER

6

7

8                                        MONIQUE C. WINKLER

9                                   100 Pine Street, Suite 2600
                                  San Francisco, CA 94111

10                                 Telephone: 415/288-4545
                                415/288-4534 (fax)

11

12                                 LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                WILLIAM S. LERACH (68581)

13                                 DARREN J. ROBBINS (168593)
                                TRAVIS E. DOWNS III (148274)

14                                 655 West Broadway, Suite 1900
                                San Diego, CA 92101

15                                 Telephone: 619/231-1058
                                619/231-7423 (fax)

16

17                                 [Proposed] Co-Lead Counsel for Plaintiffs

18   DATED: August ___, 2006          SCHIFFRIN & BARROWAY, LLP
                                SEAN M. HANDLER

19                                 ROBIN WINCHESTER

20

21                                          ROBIN WINCHESTER

22                                 280 King of Prussia Road
                                Radnor, PA 19087

23                                 Telephone: 610/667-7706
                                610/667-7056 (fax)

24                                 [Proposed] Co-Lead Counsel for Plaintiffs

25   DATED: August 2?, 2006          SHEARMAN & STERLING LLP
                                JEFFREY S. FACTER

26

27

28                                 JEFFREY S. FACTER

1

2       525 Market Street
        San Francisco, CA 94105
3       Telephone: 415/616-1100
        415/616-1199 (fax)

4       Counsel for Defendant Frank C. Lin

5   DATED: August 30, 2006     HOWARD RICE NEMEROVSKI CANADY
                               FALK & RABKIN, A Professional Corporation
6                              SARAH A. GOOD
                               JIN H. KIM
7

8                                        JIN H. KIM

9

10                             Three Embarcadero Center, Seventh Floor,
                               San Francisco, CA 94111-4024
11                             Telephone: 415/434-1600
                               415/217-5910 (fax)

12                             Counsel for Defendants Glen M. Antle, Jung-
13                             Herng Chang, Yasushi Chikagami, Peter Jen,
                               Gerry Liu, John Luke, Amir Mashkoori, Millard
14                             Phelps, and W. Steven Rowe

15  DATED: August__,2006       PILLSBURY WINTHROP SHAW
                               PITTMAN, LLP
16                             CHARLES J. LANDY
                               WALTER J. ROBINSON
17                             THOMAS G. ALLEN

18

19                                      WALTER J. ROBINSON

20                             2475 Hanover Street
                               Palo Alto, CA 94304-1114
21                             Telephone: 650/233-4500
                               650/233-4545 (fax)

22                             PILLSBURY WINTHROP SHAW
                               PITTMAN, LLP
23                             CHARLES J. LANDY
                               THOMAS G. ALLEN
24                             2300 N Street N.W.
                               Washington D.C. 20037
25                             Telephone: 202/663-8000
                               202/663-8007 (fax)

26

27                             Counsel for Defendant John S. Edmunds

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF     - 8 -

1

2                                      525 Market Street
                                       San Francisco, CA 94105
3                                      Telephone: 415/616-1100
                                       415/616-1199 (fax)

4                                      Counsel for Defendant Frank C. Lin

5    DATED: August __, 2006            HOWARD RICE NEMEROVSKI CANADY
                                       FALK & RABKIN, A Professional Corporation
6                                      SARAH A. GOOD
                                       JIN H. KIM
7

8
                                       _____
9                                              JIN H. KIM

10                                     Three Embarcadero Center, Seventh Floor,
                                       San Francisco, CA 94111-4024
11                                     Telephone: 415/434-1600
                                       415/217-5910 (fax)

12                                     Counsel for Defendants Glen M. Antle, Jung-
13                                     Herng Chang, Yasushi Chikagami, Peter Jen,
                                       Gerry Liu, John Luke, Amir Mashkoori, Millard
14                                     Phelps, and W. Steven Rowe

15   DATED: August 29, 2006            PILLSBURY WINTHROP SHAW
                                       PITTMAN, LLP
16                                     CHARLES J. LANDY
                                       WALTER J. ROBINSON
17                                     THOMAS G. ALLEN

18
                                       _____
19                                              WALTER J. ROBINSON

20                                     2475 Hanover Street
                                       Palo Alto, CA 94304-1114
21                                     Telephone: 650/233-4500
                                       650/233-4545 (fax)

22                                     PILLSBURY WINTHROP SHAW
23                                     PITTMAN, LLP
                                       CHARLES J. LANDY
24                                     THOMAS G. ALLEN
                                       2300 N Street N.W.
25                                     Washington D.C. 20037
                                       Telephone: 202/663-8000
26                                     202/663-8007 (fax)

27                                     Counsel for Defendant John S. Edmunds

28

     STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
     & CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 8 -

1    DATED: August 31, 2006        DLA PIPER RUDNICK GRAY CARY

2                               SHIRLI FABBRI WEISS
                                DAVID F. GROSS

3

4                                       DAVID F. GROSS

5

6                                   153 Townsend Street, Suite 800
                                  San Francisco, CA 94107

7                                   Telephone: 415/836-2562
                                  415/836-2501 (fax)

8                                   Counsel for Nominal Defendant Trident
                                  Microsystems, Inc.

9

10                      *       *       *

11                        **O R D E R**

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13    DATED:      9/5/06

14                          THE HONORABLE JEREMY FOGEL
                         UNITED STATES DISTRICT JUDGE

15    t:\casessf\trident deriv\stip00033423.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF     - 9 -

1
<u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of

3     the Court using the CM/ECF system which will send notification of such filing to the e-mail

4     addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5     mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6     participants indicated on the attached Manual Notice List.

7
                                           /s/ Monique C. Winkler
8                                          MONIQUE C. WINKLER

9                                  LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
10                                 100 Pine Street, Suite 2600
                                   San Francisco, CA  94111
11                                 Telephone:  415/288-4545
                                   415/288-4534 (fax)
12                                 E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28