IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, derivatively on Behalf of SONIC SOLUTIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT J. DORIS, et al.,<br><br>    Defendants<br><br>and<br><br>SONIC SOLUTIONS, a California corporation,<br><br>    Nominal Defendant. | No. C 07-1500 CW<br>[Related Case Nos.<br>C 07-2344-CW,<br>C 07-3178-CW,<br>C 07-3361-CW]<br><br>ORDER GRANTING MOTIONS TO CONSOLIDATE ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL |

Pending before this Court are four related shareholder derivative actions brought by shareholders of nominal Defendant Sonic Solutions.[1]  Plaintiffs in these actions have filed motions

---

[1] The four cases are

| CASE NAME | CASE NUMBER | FILING DATE |
|---|---|---|
| Wilder v. Doris | 07-1500-CW | March 15, 2007 |
| Walter v. Doris | 07-2344-CW | April 30, 2007 |
| Forseth v. Doris | 07-3178-CW | June 15, 2007 |
| Doolittle v. Doris | 07-3361-CW | June 26, 2007 |

to consolidate all the related shareholder derivative actions. Plaintiffs Andrew Walter and James Forseth have filed a motion to be appointed as lead plaintiffs and to appoint their law firm, Schiffrin Barroway Topaz & Kessler, LLP (Schiffrin), as lead counsel. Plaintiffs James Doolittle and Ralph Wilder withdrew their motion to be appointed lead plaintiff and to appoint their law firm lead counsel, and withdrew their opposition to Walter and Forseth's motion. Defendant Robert Doris has not filed any papers taking a position on consolidation or the appointment of lead plaintiff and lead counsel.

    The Court consolidates the four cases pursuant to Federal Rule of Civil Procedure 42(a). All further documents shall be filed in case number C 07-1500 CW, <u>Wilder v. Doris, et al.</u> Having considered all of the papers filed by the parties, the Court finds that Plaintiffs Walter and Forseth "fairly and adequately represent the interests of the shareholders." Pursuant to Federal Rule of Civil Procedure 23.1, the Court appoints Walter and Forseth as lead Plaintiffs. The Court is satisfied that lead Plaintiff's counsel, Schiffrin, is highly qualified to serve as lead counsel. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Schiffrin as lead counsel

    IT IS SO ORDERED.

Dated: 8/2/07

_____
CLAUDIA WILKEN
United States District Judge

2