SARA B. BRODY (No. 130222)
CAROL LYNN THOMPSON (No. 148079)
MONICA PATEL (No. 220825)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
Carollynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　Defendants,<br><br>　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　Nominal Defendant. | No. C-07-01500-CW<br><br>**PROOF OF SERVICE OF NON E-FILING PARTIES** |

*Wilder v. Doris, et al.*
*USDC, Northern/Oakland Case No. C-07-01500 CW*

## PROOF OF SERVICE ON NON E-FILING PARTIES

I, Terri Newman, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104.

On August 9, 2007, I served the following:

**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE**

on the interested parties listed in this action:

| *Attorneys for Lead Plaintiffs Andrew Walter and James Forseth* | *Attorneys for Plaintiff Ralph Wilder* |
|---|---|
| Nichole Browning<br>J. Daniel Albert<br>Shiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Darren Jay Robbins<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA  92101<br><br>Robert B. Weiser<br>The Weiser Law Firm, P.C.<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA 19087 |

[X]    **BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[]    BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS overnight delivery service.

[]    BY FACSIMILE TRANSMISSION: I transmitted such documents by facsimile as indicated

1

PROOF OF SERVICE OF NON E-FILING PARTIES
CASE NO. 07-cv-01500-CW

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on August 9, 2007, at San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Terri Newman