SARA B. BRODY (No. 130222)
CAROL LYNN THOMPSON (No. 148079)
MONICA PATEL (No. 220825)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　　　Defendants,<br><br>　　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　　　　　　Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND ORDER SETTING SCHEDULE **AS MODIFIED** |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions brought by shareholders of nominal defendant Sonic Solutions: *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, the parties to the action, after meeting and conferring, agree that judicial economy will be served by the entry of a briefing schedule.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs shall file a Consolidated Complaint no later than October 5, 2007. Defendants shall file and serve answers or otherwise respond to the Consolidated Complaint by November 19, 2007.  In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by December 19, 2007.  If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by January 18, 2008.

2. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED.**

DATED:  August 9, 2007                    HELLER EHRMAN LLP

                                          _____/s/ Monica Patel_____
                                          SARA BRODY
                                          CAROL LYNN THOMPSON
                                          MONICA PATEL

                                          Attorneys for Defendant
                                          SONIC SOLUTIONS

1     I, Monica Patel, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Schiffrin Barroway Topaz & Kessler, LL has concurred in this filing.

DATED:  August 9, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


        /s/ Nichole Browning
ALAN R. PLUTZIK
ERIC L. ZAGAR
NICHOLE BROWNING
DANIEL ALBERT


Attorneys for Lead Plaintiffs
ANDREW WALTER
JAMES FORSETH

     \*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.  **A HEARING ON ANY MOTION DIRECTED TO THE CONSOLIDATED COMPLAINT WILL BE HELD ON FEBRUARY 7, 2008, AT 2:00 P.M.     THE CASE MANAGEMENT CONFERENCE, PREVIOUSLY SET FOR NOVEMBER 20, 2007, IS CONTINUED TO FEBRUARY 7, 2008, AT 2:00 P.M.**

     8/10/07

DATED: _____           _____

                                          The Honorable Claudia Wilken
                                          United States District Judge