1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   Nichole Browning
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94589
4  Telephone: (925) 945-0770
5  Facsimile: (925) 945-8792
   aplutzik@sbtklaw.com
6  nbrowning@sbtklaw.com
           -and-
7  Eric L. Zagar
8  J. Daniel Albert
   280 King of Prussia Road
9  Radnor, PA  19087
   Telephone: (610) 667-7706
10 Facsimile: (610) 667-7056
   ezagar@sbtklaw.com
11 dalbert@sbtklaw.com
12
   [Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT J. DORIS, et al., <br><br> Defendants, <br><br> – and – <br><br> SONIC SOLUTIONS, a California corporation, <br><br> Nominal Defendant. | No. C-07-1500-CW <br><br> STIPULATION AND ORDER SETTING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions brought by shareholders of Sonic: *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on August 10, 2007, this Court entered an Order, pursuant to a stipulation by the parties, setting a briefing schedule for the proceedings. The Order provides that Lead Plaintiffs shall file a Consolidated Complaint by October 5, 2007, and Defendants shall then serve answers or otherwise respond to the Consolidated Complaint by November 19, 2007. The Order further provides that in the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by December 19, 2007. Defendants reply to Lead Plaintiffs' opposition shall be filed by January 18, 2008.

WHEREAS, this Court's August 10, 2007 Order also set a hearing date of February 8, 2008 for any motion by Defendants directed at the Consolidated Complaint;

WHEREAS, on February 1, 2007, Sonic announced that the Company had begun an internal investigation into its historical stock option granting practices which form the basis for the allegations of backdating alleged in Lead Plaintiffs' Complaints;

WHEREAS, Sonic has not completed their internal investigation into allegations contained in the Complaint;

WHEREAS, in light of the foregoing, Lead Plaintiffs and defendants, after meeting and conferring, agree that judicial economy will be served by continuing the date for Lead Plaintiffs' filing of a Consolidated Complaint and Defendants' responses to the Complaint, subject to Court approval;

1
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, the proposed schedule is not for the purpose of delay, promotes judicial 2 efficiency, and will not cause prejudice to any party;

3  THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, 4 through their respective counsel of record, as follows:

5  1.  Lead Plaintiffs shall file a Consolidated Complaint no later than November 5, 2007. 6 Defendants shall file and serve answers or otherwise respond to the Consolidated Complaint by 7 December 20, 2007. In the event that Defendants file and serve any motion directed at the 8 Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by January 21, 2008. If 9 Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by February 20, 10 2008.

11  2.  The hearing date for any motion directed at the Consolidated Complaint previously 12 scheduled for February 7, 2008 shall be moved to March 13, 2008 at 2:00 p.m., or as early thereafter 13 as is convenient for the Court. The Case Management Conference set for February 7, 2008 shall be 14 continued to March 13, 2008.

15  3.  By executing this Stipulation, the parties have not waived and expressly retain all 16 claims, defenses and arguments whether procedural, substantive or otherwise, and is without 17 prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to 18 the rights of any party to apply for a modification of this Order for good cause

19  IT IS SO STIPULATED.

20
DATED: October 2, 2007                   SCHIFFRIN BARROWAY TOPAZ &
21                                                              KESSLER, LLP

22

23                                                   _____/s/ L. Timothy Fisher_____
                                                     ALAN R. PLUTZIK, Of Counsel
24                                                   L. TIMOTHY FISHER, Of Counsel
                                                     ERIC L. ZAGAR
25                                                   NICHOLE BROWNING
                                                     J. DANIEL ALBERT
26
                                                     Attorneys for Lead Plaintiffs
27                                                   ANDREW WALTER
                                                     JAMES FORSETH
28
2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

| | |
|---|---|
| DATED: October 2, 2007 | HELLER EHRMAN LLP |
| | |
| | _____/s/_____ |
| | CAROL LYNN THOMPSON |
| | MONICA PATEL |
| | 333 Bush Street |
| | San Francisco, CA 94104-2878 |
| | Telephone: (415) 772-6000 |
| | Facsimile: (415) 772-6268 |
| | CarolLynn.Thompson@hellerehrman.com |
| | Monica.Patel@hellerehrman.com |
| | |
| | Attorneys for Defendant |
| | SONIC SOLUTIONS |

**Attestation Pursuant To General Order 45**

I, L.Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of October, 2007 at Walnut Creek, California.

_____/s/ L.Timothy Fisher_____

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: 10/3/07    _____

The Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

3