| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| | Alan R. Plutzik, Of Counsel (Bar No. 077785) |
| 2 | L. Timothy Fisher, Of Counsel (Bar No. 191626) |
| 3 | Nichole Browning |
| | 2125 Oak Grove Road, Suite 120 |
| 4 | Walnut Creek, California 94589 |
| | Telephone: (925) 945-0770 |
| 5 | Facsimile: (925) 945-8792 |
| | aplutzik@sbtklaw.com |
| 6 | nbrowning@sbtklaw.com |
| 7 |     -and- |
| 8 | Eric L. Zagar |
| 9 | J. Daniel Albert |
| | 280 King of Prussia Road |
| 10 | Radnor, PA  19087 |
| | Telephone: (610) 667-7706 |
| 11 | Facsimile: (610) 667-7056 |
| | ezagar@sbtklaw.com |
| 12 | dalbert@sbtklaw.com |

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS, | ) ) ) | No. C-07-1500-CW |
| Plaintiffs, | ) ) ) | CORRECTED STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE |
| vs. | ) ) | |
| ROBERT J. DORIS, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| SONIC SOLUTIONS, a California corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

1   WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions brought by shareholders of Sonic: *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on August 10, 2007, this Court entered an Order, pursuant to a stipulation by the parties, setting a briefing schedule for the proceedings. The Order provides that Lead Plaintiffs shall file a Consolidated Complaint by October 5, 2007, and Defendants shall then serve answers or otherwise respond to the Consolidated Complaint by November 19, 2007. The Order further provides that in the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by December 19, 2007. Defendants reply to Lead Plaintiffs' opposition shall be filed by January 18, 2008.

WHEREAS, this Court's August 10, 2007 Order also set a hearing date of February 8, 2007 for any motion by Defendants directed at the Consolidated Complaint;

WHEREAS, on February 1, 2007, Sonic announced that the Company had begun an internal investigation into its historical stock option granting practices which form the basis for the allegations of backdating alleged in Lead Plaintiffs' Complaints;

WHEREAS, on October 2, 2007, the parties stipulated to extend the briefing schedule to accommodate additional time for Sonic to complete its internal investigation, such that Lead Plaintiffs would file a Consolidated Complaint on or before November 5, 2007, and Defendants would file and serve answers or otherwise respond to the Consolidated Complaint by December 20, 2007. In the event that Defendants filed and served any motion directed at the Consolidated

1

CORRECTED STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

Complaint, Lead Plaintiffs would file and serve an opposition by January 21, 2008 and Defendants would file and serve a reply to Lead Plaintiffs' opposition by February 20, 2008;

WHEREAS, on October 3, 2007, the Court entered an Order approving the stipulated to briefing schedule and set a hearing date for any motion directed at the Consolidated Complaint for March 13, 2008 at 2:00 p.m.;

WHEREAS, the October 3, 2007 Order also continued the Case Management Conference scheduled for February 8, 2008 to March 13, 2008;

WHEREAS, Sonic has not completed their internal investigation into allegations contained in the Complaint;

WHEREAS, in light of the foregoing, Lead Plaintiffs and Defendants, after meeting and conferring, agree that judicial economy will be served by continuing the date for Lead Plaintiffs' filing of a Consolidated Complaint and Defendants' responses to the Complaint, subject to Court approval;

WHEREAS, the proposed schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs shall file a Consolidated Complaint no later than January 10, 2008. Defendants shall file and serve answers or otherwise respond to the Consolidated Complaint by February 25, 2008. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by March 26, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by April 25, 2008.

2. The hearing date for any motion directed at the Consolidated Complaint previously scheduled for March 13, 2008 shall be moved to June 19, 2008 at 2:00 p.m., or as early thereafter as is convenient for the Court. The Case Management Conference set for March 13, 2008 shall be continued to June 19, 2008, or as early thereafter as is convenient for the Court.

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

IT IS SO STIPULATED.

DATED: November 6, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


                                            _____/s/_____
                                            ALAN R. PLUTZIK
                                            L. TIMOTHY FISHER
                                            ERIC L. ZAGAR
                                            NICHOLE BROWNING
                                            J. DANIEL ALBERT


                                            Attorneys for Lead Plaintiffs
                                            ANDREW WALTER
                                            JAMES FORSETH

*I, Alan R. Plutzik, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Amending the Schedule. In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson of Heller Ehrman LLP has concurred in this filing.*

DATED: November 6, 2007                    HELLER EHRMAN LLP


                                            _____/s/ Carol Lynn Thompson_____
                                            SARA BRODY
                                            CAROL LYNN THOMPSON
                                            MONICA PATEL
                                            333 Bush Street
                                            San Francisco, CA 94104-2878
                                            Telephone: (415) 772-6000
                                            Facsimile: (415) 772-6268
                                            Sara.Brody@hellerehrman.com
                                            CarolLynn.Thompson@hellerehrman.com
                                            Monica.Patel@hellerehrman.com

                                            Attorneys for Defendant
                                            SONIC SOLUTIONS

3

CORRECTED STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

1
2                              *   *   *
3                            **ORDER**
4  PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.
5
6  DATED: _____           _____
7                                    The Honorable Claudia Wilken
8                                    United States District Judge

4
CORRECTED STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW