SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com
nbrowning@sbtklaw.com
        -and-
Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
dalbert@sbtklaw.com

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT J. DORIS, et al.,<br><br>Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE |

STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1

WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions brought by shareholders of Sonic: *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on August 10, 2007, this Court entered an Order, pursuant to a stipulation by the parties, setting a briefing schedule for the proceedings. The Order provides that Lead Plaintiffs shall file a Consolidated Complaint by October 5, 2007, and Defendants shall then serve answers or otherwise respond to the Consolidated Complaint by November 19, 2007. The Order further provides that in the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by December 19, 2007. Defendants reply to Lead Plaintiffs' opposition shall be filed by January 18, 2008.

WHEREAS, this Court's August 10, 2007 Order also set a hearing date of February 8, 2007 for any motion by Defendants directed at the Consolidated Complaint;

WHEREAS, on February 1, 2007, Sonic announced that the Company had begun an internal investigation into its historical stock option granting practices which form the basis for the allegations of backdating alleged in Lead Plaintiffs' Complaints;

WHEREAS, on November 6, 2007, the parties stipulated to extend the briefing schedule to in light of on-going settlement negotiations, such that Lead Plaintiffs would file a Consolidated Complaint by January 10, 2008 and Defendants would file and serve answers or otherwise respond to the Consolidated Complaint by February 25, 2008;

WHEREAS, on November 14, 2007, the Court entered an Order approving the stipulation to extend the briefing schedule and set a hearing date for any motion directed at the Consolidated Complaint;

WHEREAS, Sonic has not completed their internal investigation into allegations contained in the Complaint;

WHEREAS, in light of the foregoing, Lead Plaintiffs and Defendants, after meeting and conferring, agree that judicial economy will be served by continuing the date for Lead Plaintiffs' filing of a Consolidated Complaint and Defendants' responses to the Complaint, subject to Court approval;

WHEREAS, the proposed schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs shall file a Consolidated Complaint no later than March 17, 2008. Defendants shall file and serve answers or otherwise respond to the Consolidated Complaint by May 1, 2008. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by May 31, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by June 30, 2008.

2. The hearing date for any motion directed at the Consolidated Complaint previously scheduled for June 19, 2008 shall be moved to July 17, 2008 at 2:00 p.m., or as early thereafter as is convenient for the Court. The Case Management Conference set for June 19, 2008 shall be continued to July 17, 2008, or as early thereafter as is convenient for the Court.

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

IT IS SO STIPULATED.

DATED:  January 8, 2008

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

/s/ Nichole Browning
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com
nbrowning@sbtklaw.com

-and-

Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
dalbert@sbtklaw.com

Attorneys for Lead Plaintiffs
ANDREW WALTER
JAMES FORSETH

*I, Nichole Browning, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Amending the Schedule.  In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson of Heller Ehrman LLP has concurred in this filing.*

3
STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1

| | |
|---|---|
| DATED:  January 4, 2008 | HELLER EHRMAN LLP |
| | |
| | _____/s/ Carol Lynn Thompson_____ |
| | SARA BRODY |
| | CAROL LYNN THOMPSON |
| | MONICA PATEL |
| | 333 Bush Street |
| | San Francisco, CA 94104-2878 |
| | Telephone: (415) 772-6000 |
| | Facsimile: (415) 772-6268 |
| | Sara.Brody@hellerehrman.com |
| | CarolLynn.Thompson@hellerehrman.com |
| | Monica.Patel@hellerehrman.com |
| | |
| | Attorneys for Defendant |
| | SONIC SOLUTIONS |

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____           _____

                                                                 The Honorable Claudia Wilken
                                                                 United States District Judge

---

4
STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1