SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com
nbrowning@sbtklaw.com

    -and-

Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
dalbert@sbtklaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                Plaintiffs,<br><br>vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                Nominal Defendant. | No. C-07-1500-CW<br><br>PROOF OF SERVICE |

PROOF OF SERVICE
CASE NO. 07-cv-01500-CW

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On January 8, 2008 I served the within documents:

**STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE**

X    by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

     by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for an Overnight Express pick up box or office designated for overnight delivery, and addressed as set forth below.

     By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

     by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

     By pdf transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

Robert B. Weiser, Esq.
The Weiser Law Firm, P.C.
121 No. Wayne Avenue, Suite 100
Wayne, PA  19087

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on January 8, 2008 at Walnut Creek, California.

_____
Debbie Schroeder