SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
Nichole Browning (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
aplutzik@sbtklaw.com
tfisher@sbtklaw.com
nbrowning@sbtklaw.com
        -and-
Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
dalbert@sbtklaw.com

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                          Plaintiffs,<br><br>vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                          Defendants,<br><br>– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                         Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE |

STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1

WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions brought by shareholders of Sonic: *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on February 1, 2007, Sonic announced that the Company had begun an internal investigation into its historical stock option granting practices which form the basis for the allegations of backdating alleged in Lead Plaintiffs' Complaints;

WHEREAS, on January 8, 2008, the parties stipulated to extend the briefing schedule because the Company had not yet completed its internal investigation into the allegations of the Complaint, such that Lead Plaintiffs would file a Consolidated Complaint by March 17, 2008 and Defendants would file and serve answers or otherwise respond to the Consolidated Complaint by May 1, 2008;

WHEREAS, on January 10, 2007, the Court entered an Order approving the stipulation to extend the briefing schedule and set a hearing date for any motion directed at the Consolidated Complaint for July 24, 2008;

WHEREAS, on February 26, 2008, Sonic completed its internal investigation into allegations contained in the Complaint and filed a Form 10-K with the Securities Exchange Commission detailing the results of the investigation;

WHEREAS, after the Company issued the results of the investigation, counsel for Lead Plaintiffs and Defendants conferred and are continuing to engage in settlement discussions;

1      WHEREAS, in light of the foregoing, after meeting and conferring, counsel for Lead Plaintiffs and Defendants agree that judicial economy will be served by continuing the date for Lead Plaintiffs' filing of a Consolidated Complaint and Defendants' responses to the Complaint, subject to Court approval;

       WHEREAS, the proposed schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

       THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

       1.    Lead Plaintiffs shall file a Consolidated Complaint no later than April 30, 2008. Defendants shall file and serve answers or otherwise respond to the Consolidated Complaint by June 9, 2008. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Lead Plaintiffs shall file and serve an opposition by July 14, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by August 11, 2008.

       2.    The hearing date for any motion directed at the Consolidated Complaint previously scheduled for July 24, 2008 shall be moved to August 28, 2008 at 2:00 p.m., or as early thereafter as is convenient for the Court. The Case Management Conference set for July 24, 2008 shall be continued to August 28, 2008, or as early thereafter as is convenient for the Court.

       3.    By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

       IT IS SO STIPULATED.

DATED: March 4, 2008                    SCHIFFRIN BARROWAY TOPAZ &
                                        KESSLER, LLP


                                        _____/s/_____
                                        Nichole Browning

                                             2
STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1

| | |
|---|---|
| 1 | Alan R. Plutzik, Of Counsel (Bar No. 077785) |
| 2 | L. Timothy Fisher, Of Counsel (Bar No. 191626) |
| | Nichole Browning (Bar No. 251937) |
| 3 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| 4 | Telephone: (925) 945-0770 |
| | Facsimile: (925) 945-8792 |

-and-

Eric L. Zagar
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Lead Plaintiffs
ANDREW WALTER
JAMES FORSETH

*I, Nichole Browning, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Amending the Schedule. In compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson of Heller Ehrman LLP has concurred in this filing.*

DATED March 4, 2008          HELLER EHRMAN LLP


          /s/ Carol Lynn Thompson
Sara Brody
Carol Lynn Thompson
Monica Patel
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Monica.Patel@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

\*   \*   \*

3
STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1

# ORDER

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____

_____
The Honorable Claudia Wilken
United States District Judge

---

4
STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE
CASE NO. 07-cv-01500-CW

991230.1