1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   Nichole Browning (Bar No. 251937)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94589
4  Telephone: (925) 945-0770
5  Facsimile: (925) 945-8792
   aplutzik@sbtklaw.com
6  nbrowning@sbtklaw.com

7       -and-

8  Eric L. Zagar
   J. Daniel Albert
9  280 King of Prussia Road
   Radnor, PA  19087
10 Telephone: (610) 667-7706
11 Facsimile: (610) 667-7056
   ezagar@sbtklaw.com
12 dalbert@sbtklaw.com

13

14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16

17 RALPH D. WILDER, et al., Derivatively   )   No. C-07-1500-CW
   on Behalf of SONIC SOLUTIONS,           )
18                                         )
                   Plaintiffs,             )
19                                         )   PROOF OF SERVICE
       vs.                                 )
20                                         )
   ROBERT J. DORIS, et al.,                )
21                                         )
                   Defendants,             )
22                                         )
       – and –                             )
23                                         )
   SONIC SOLUTIONS, a California           )
24 corporation,                            )
                                           )
25                 Nominal Defendant.      )
                                           )
26

27

28

PROOF OF SERVICE
CASE NO. 07-cv-01500-CW

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On March 4, 2008 I served the within documents:

**STIPULATION AND [PROPOSED] ORDER AMENDING THE SCHEDULE**

X    by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

     by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for an Overnight Express pick up box or office designated for overnight delivery, and addressed as set forth below.

     By causing a process server to personally deliver a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

     by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

     By pdf transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

Robert B. Weiser, Esq.
The Weiser Law Firm, P.C.
121 No. Wayne Avenue, Suite 100
Wayne, PA 19087

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on March 4, 2008 at Walnut Creek, California.

_Debbie Schroeder_
Debbie Schroeder

PROOF OF SERVICE
CASE NO. 07-cv-01500-CW