1  SARA B. BRODY (No. 130222)
   CAROL LYNN THOMPSON (No. 148079)
2  CECILIA Y. CHAN (No. 240971)
   MATTHEW D. THURLOW (No. 243470)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA 94104-2878
5  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
6  Sara.Brody@hellerehrman.com
   CarolLynn.Thompson@hellerehrman.com
7  Cecilia.Chan@hellerehrman.com
   Matthew.Thurlow@hellerehrman.com
8
9  Attorneys for Defendant
   SONIC SOLUTIONS
10
11 [Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　Defendants,<br><br>　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　　　　Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

---

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option grant practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on February 26, 2008, Sonic completed its internal investigation into allegations contained in the Complaint and filed a Form 10-K with the Securities Exchange Commission detailing the results of the investigation;

WHEREAS, Lead Plaintiffs and plaintiff James Pinno filed a Consolidated Complaint on April 30, 2008 for which Defendants' response is currently due on June 9, 2008 pursuant to a prior stipulation;

WHEREAS, counsel for Lead Plaintiffs and Defendants have met and conferred and have agreed to schedule a mediation of this dispute.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Plaintiffs and Defendants agree to extend the deadlines for Defendants to file a response to the Complaint, including any Motion to Dismiss, until August 26, 2008 to permit the parties time to conduct a mediation. In the event that the mediation is unsuccessful and Defendants file a Motion to Dismiss, Plaintiffs agree to file any Opposition to Defendants' Motion to Dismiss no later than October 10, 2008 and Defendants' agree to file a Reply brief no later than October 31, 2008. The parties further agree that the hearing for the Motion to Dismiss shall, the Court's schedule permitting, be set for November 20, 2008 at 2 p.m.

2. Plaintiffs and Defendants agree that the Case Management Conference scheduled for August 28, 2008 at 2 p.m., will be rescheduled for November 20, 2008 at 2 p.m. Plaintiffs

1  and Defendants agree to file a Joint Case Management Conference Statement no later than
2  November 10, 2008.
3      3.   By executing this Stipulation, the parties have not waived and expressly retain all
4  claims, defenses and arguments whether procedural, substantive or otherwise, and are without
5  prejudice to any subsequent motion to stay this action, and this Order is entered without
6  prejudice to the rights of any party to apply for a modification of this Order for good cause.
7      **IT IS SO STIPULATED.**
8  DATED: June 6, 2008                    HELLER EHRMAN LLP

                                          _____/s/ Sara B. Brody_____
                                          SARA B. BRODY
                                          CAROL LYNN THOMPSON
                                          CECILIA Y. CHAN
                                          MATTHEW D. THURLOW

                                          Attorneys for Defendant
                                          SONIC SOLUTIONS

   *I, Sara B. Brody, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Schiffrin Barroway Topaz & Kessler, LL  has concurred in this filing.*

DATED: June 6, 2008                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

                                          _____/s/ Nichole Browning_____
                                          ALAN R. PLUTZIK
                                          ERIC L. ZAGAR
                                          NICHOLE BROWNING
                                          DANIEL ALBERT

                                          Attorneys for Lead Plaintiffs
                                          ANDREW WALTER
                                          JAMES FORSETH

                           *    *    *

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: _____   _____
                                                      The Honorable Claudia Wilken
                                                      United States District Judge