SARA B. BRODY (No. 130222)
CAROL LYNN THOMPSON (No. 148079)
CECILIA Y. CHAN (No. 240971)
MATTHEW D. THURLOW (No. 243470)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Sara.Brody@hellerehrman.com
CarolLynn.Thompson@hellerehrman.com
Cecilia.Chan@hellerehrman.com
Matthew.Thurlow@hellerehrman.com

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　Defendants,<br><br>　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　　　Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE<br>　AS MODIFIED |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option grant practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, Lead Plaintiffs and plaintiff James Pinno filed a Consolidated Complaint on April 30, 2008 for which Defendants' response is currently due on August 26, 2008 pursuant to a prior stipulation;

WHEREAS, on July 24, 2008, counsel for Defendants and Lead Plaintiffs participated in a mediation before the Honorable Howard B. Weiner (Ret.) at JAMS and settlement discussions between the parties are continuing; and

WHEREAS, counsel for Lead Plaintiffs and Defendants have met and conferred and have agreed to schedule a further mediation session with Judge Weiner (Ret.) on October 7, 2008.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Plaintiffs and Defendants agree to extend the deadlines for Defendants to file a response to the Complaint, including any Motion to Dismiss, until November 25, 2008 to permit the parties time to conduct further settlement negotiations. In the event these further negotiations are unsuccessful and Defendants file a Motion to Dismiss, Plaintiffs agree to file any Opposition to Defendants' Motion to Dismiss no later than January 8, 2009 and Defendants' agree to file a Reply brief no later than January 29, 2009. The parties further agree that the hearing for the Motion to Dismiss shall, the Court's schedule permitting, be set for February 12, 2009 at 2 p.m.

1       2.      By executing this Stipulation, the parties have not waived and expressly
2  retain all claims, defenses and arguments whether procedural, substantive or otherwise,
3  and are without prejudice to any subsequent motion to stay this action, and this Order is
4  entered without prejudice to the rights of any party to apply for a modification of this
5  Order for good cause.

6       **IT IS SO STIPULATED.**

7  DATED: August 20, 2008                    HELLER EHRMAN LLP

9                                            _____/s/ Sara B. Brody_____
                                             SARA B. BRODY
10                                           CAROL LYNN THOMPSON
                                             CECILIA Y. CHAN
11                                           MATTHEW D. THURLOW

12                                           Attorneys for Defendant
                                             SONIC SOLUTIONS
13
   *I, Sara B. Brody, am the ECF user whose ID and password are being used to file
14  this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General
    Order 45, X.B., I hereby attest that Nichole Browning of Schiffrin Barroway Topaz &
15  Kessler, LLP  has concurred in this filing.*

16
   DATED: August 20, 2008                    SCHIFFRIN BARROWAY TOPAZ &
17                                           KESSLER, LLP

19                                           _____/s/ Nichole Browning_____
                                             ERIC L. ZAGAR
20                                           NICHOLE BROWNING
                                             DANIEL ALBERT

22                                           Attorneys for Lead Plaintiffs
                                             ANDREW WALTER
23                                           JAMES FORSETH

\* \* \*

**ORDER**

**PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.**
**A CASE MANAGEMENT CONFERENCE WILL ALSO BE HELD ON 2/12/09 @ 2:00 P.M. WHETHER OR NOT ANY MOTION IS FILED.**

DATED: __8/26/08__                          _____
                                            The Honorable Claudia Wilken
                                            United States District Judge