IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SONIC SOLUTIONS,<br><br>    Defendants.<br>_____/ | No. 07-05111 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine if it is related to *Wilder v. Doris, et al.*, 07-1500. The hearing currently scheduled for September 5, 2008 on Defendants' motion to dismiss is VACATED pending Judge Wilken's determination of whether the cases are related.

**IT IS SO ORDERED.**

Dated: August 28, 2008

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

cc:    Judge Claudia Wilken