Sara B. Brody (SBN 130222)
Carol Lynn Thompson (SBN 148079)
Cecilia Y. Chan (SBN 240971)
Amanda Hassid (SBN 254497)
sbrody@sidley.com
cthompson@sidley.com
cecilia.chan@sidley.com
ahassid@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:    (415) 772-1200
Facsimile:     (415) 772-7400

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>ROBERT J. DORIS, et al.,<br><br>                              Defendants,<br><br>     – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>                              Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND ORDER SETTING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option grant practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, Lead Plaintiffs and plaintiff James Pinno filed a Consolidated Complaint on April 30, 2008 for which Defendants' response is currently due on November 25, 2008 pursuant to a prior stipulation;

WHEREAS, on July 24, 2008 and on November 3, 2008, counsel for Defendants and Lead Plaintiffs participated in two separate mediation sessions before the Honorable Howard B. Weiner (Ret.) at JAMS; and

WHEREAS, counsel for Lead Plaintiffs and Defendants have met and conferred and have agreed to extend the time for Defendants to respond to the Consolidated Complaint so that the parties may continue their settlement discussions.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.   Plaintiffs and Defendants agree to extend the deadlines for Defendants to file a response to the Complaint, including any motion to dismiss, until January 15, 2009 to permit the parties time to conduct further settlement negotiations.  In the event these further negotiations are unsuccessful and Defendants file a motion to dismiss, Plaintiffs agree to file any opposition to Defendants' motion to dismiss no later than February 26, 2009 and Defendants' agree to file a reply brief no later than March 26, 2009.  The parties further agree that the hearing for the motion to dismiss shall, the Court's schedule permitting, be set for April 16, 2009 at 2 p.m.

2.   By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without

prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED.**

DATED: November 13, 2008          SIDLEY AUSTIN LLP


                                               /s/ Sara B. Brody
                                  SARA B. BRODY
                                  CAROL LYNN THOMPSON
                                  CECILIA Y. CHAN
                                  AMANDA HASSID

                                  Attorneys for Defendant
                                  SONIC SOLUTIONS

    *I, Sara B. Brody, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Schiffrin Barroway Topaz & Kessler, LLP has concurred in this filing.*

DATED: November 13, 2008          SCHIFFRIN BARROWAY TOPAZ &
                                  KESSLER, LLP


                                               /s/ Nichole Browning
                                  ERIC L. ZAGAR
                                  NICHOLE BROWNING
                                  DANIEL ALBERT


                                  Attorneys for Lead Plaintiffs
                                  ANDREW WALTER
                                  JAMES FORSETH

1  **O R D E R**

2  PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

3

4  DATED: _____11/17/08_____     _____
                                          The Honorable Claudia Wilken
5                                         United States District Judge

6

7  SF1 1515164v.1

3
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW