1 Sara B. Brody (SBN 130222)
Carol Lynn Thompson (SBN 148079)
2 Cecilia Y. Chan (SBN 240971)
sbrody@sidley.com
3 cthompson@sidley.com
cecilia.chan@sidley.com
4 SIDLEY AUSTIN LLP
555 California Street
5 San Francisco, California 94104
Telephone:   (415) 772-1200
6 Facsimile:    (415) 772-7400

7 Attorneys for Defendant
SONIC SOLUTIONS
8
[Additional counsel appear on signature page]
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　　　　Defendants,<br><br>　　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　　　　　　　Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION ORDER SETTING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1   WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option grant practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, Lead Plaintiffs and plaintiff James Pinno filed a Consolidated Complaint on April 30, 2008 for which Defendants' response is currently due on January 15, 2009 pursuant to a prior stipulation;

WHEREAS, on July 24, 2008 and on November 3, 2008, counsel for Defendants and Lead Plaintiffs participated in two separate mediation sessions before the Honorable Howard B. Weiner (Ret.) at JAMS;

WHEREAS, on December 12, 2008, the parties had another settlement meeting to continue their settlement discussions; and

WHEREAS, counsel for Lead Plaintiffs and Defendants have met and conferred and have agreed to extend the time for Defendants to respond to the Consolidated Complaint so that the parties may continue their settlement discussions.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.   Plaintiffs and Defendants agree to extend the deadlines for Defendants to file a response to the Complaint, including any motion to dismiss, until February 12, 2009 to permit the parties time to conduct further settlement negotiations. In the event these further negotiations are unsuccessful and Defendants file a motion to dismiss, Plaintiffs agree to file any opposition to Defendants' motion to dismiss no later than March 26, 2009 and Defendants' agree to file a reply brief no later than April 23, 2009. The parties further agree that the hearing for the motion to dismiss shall, the Court's schedule permitting, be set for May 14, 2009 at 2 p.m.

2. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED.**

DATED: January 14, 2009                    SIDLEY AUSTIN LLP


                                           _____/s/ Sara B. Brody_____
                                           SARA B. BRODY
                                           CAROL LYNN THOMPSON
                                           CECILIA Y. CHAN

                                           Attorneys for Defendant
                                           SONIC SOLUTIONS

*I, Sara B. Brody, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Barroway Topaz, Kessler, Meltzer & Check LLP  has concurred in this filing.*

DATED:  January 14, 2009                   BARROWAY TOPAZ, KESSLER, MELTZER
                                           & CHECK LLP


                                           _____/s/ Nichole Browning_____
                                           ERIC L. ZAGAR
                                           NICHOLE BROWNING
                                           DANIEL ALBERT


                                           Attorneys for Lead Plaintiffs
                                           ANDREW WALTER
                                           JAMES FORSETH

1
2 **O R D E R**
3 PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED. THE CASE
4 MANAGEMENT CONFERENCE, PREVIOUSLY SET FOR 4/16/09, IS ALSO CONTINUED TO
5 5/14/09

6         1/22/09
7 DATED: _____    _____
                                                          The Honorable Claudia Wilken
8                                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW