1  Sara B. Brody (SBN 130222)
   Carol Lynn Thompson (SBN 148079)
2  Cecilia Y. Chan (SBN 240971)
   sbrody@sidley.com
3  cthompson@sidley.com
   cecilia.chan@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:    (415) 772-1200
6  Facsimile:    (415) 772-7400

7  Attorneys for Defendant
   SONIC SOLUTIONS
8
   [Additional counsel appear on signature page]
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　Defendants,<br><br>　　– and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>　　　　　　　　Nominal Defendant. | No. C-07-1500-CW<br><br>STIPULATION AND ORDER SETTING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

1  WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option grant practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Barroway Topaz Kessler Meltzer & Check LLP as Lead Counsel;

WHEREAS, Lead Plaintiffs and plaintiff James Pinno filed a Consolidated Complaint on April 30, 2008 for which Defendants' response is currently due on February 12, 2009 pursuant to a prior stipulation;

WHEREAS, on July 24, 2008 and on November 3, 2008, counsel for Defendants and Lead Plaintiffs participated in two separate mediation sessions before the Honorable Howard B. Weiner (Ret.) at JAMS;

WHEREAS, on December 12, 2008, the parties had another settlement meeting to continue their settlement discussions;

WHEREAS, the parties have reached an agreement in principle to settle this case and are in the process of documenting their settlement;

WHEREAS, counsel for Lead Plaintiffs and Defendants agree to extend the time for Defendants to respond to the Consolidated Complaint so that the parties may complete their settlement papers.

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.  Plaintiffs and Defendants agree to extend the deadline for Defendants to respond to the Complaint, including any motion to dismiss, until March 17, 2009. The parties further agree to submit to the Court by this date, either (a) the preliminary approval related settlement papers, or (b) if the parties have not yet reached final agreement on the settlement papers, a status conference statement discussing the status of these efforts.

2.      In the event that the parties are unable to reach agreement on the settlement papers and Defendants need to respond to the Complaint, the parties further agree to propose a briefing schedule in the status conference statement to the Court and that no response to the Complaint is due until after the status conference.

3.      By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED.**

DATED:  February 11, 2009                    SIDLEY AUSTIN LLP


                                                                     /s/ Sara B. Brody
                                                             SARA B. BRODY
                                                             CAROL LYNN THOMPSON
                                                             CECILIA Y. CHAN

                                                             Attorneys for Defendant
                                                             SONIC SOLUTIONS

*I, Sara B. Brody, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule.  In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Barroway Topaz, Kessler, Meltzer & Check LLP  has concurred in this filing.*

DATED:  February 11, 2009                    BARROWAY TOPAZ, KESSLER, MELTZER
                                                             & CHECK LLP


                                                                     /s/ Nichole Browning
                                                             ERIC L. ZAGAR
                                                             NICHOLE BROWNING
                                                             DANIEL ALBERT


                                                             Attorneys for Lead Plaintiffs
                                                             ANDREW WALTER
                                                             JAMES FORSETH

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

**O R D E R**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.

DATED: ___2/17/09_____          _____
                                      The Honorable Claudia Wilken
                                      United States District Judge