Sara B. Brody (SBN 130222)
Carol Lynn Thompson (SBN 148079)
Cecilia Y. Chan (SBN 240971)
sbrody@sidley.com
cthompson@sidley.com
cecilia.chan@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:     (415) 772-7400

Attorneys for Defendant
SONIC SOLUTIONS

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, et al., Derivatively on Behalf of SONIC SOLUTIONS, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　vs. <br><br>ROBERT J. DORIS, et al., <br><br>　　　　　　　　　　Defendants, <br><br>　– and – <br><br>SONIC SOLUTIONS, a California corporation, <br><br>　　　　　　　　　　Nominal Defendant. | No. C-07-1500-CW <br><br>STIPULATION AND ORDER SETTING SCHEDULE **AS MODIFIED** |

1      WHEREAS, the above-captioned action is a shareholder derivative action brought by plaintiffs on behalf of nominal defendant Sonic Solutions ("Sonic") against its Board of Directors and certain officers relating to Sonic's historical stock option granting practices;

WHEREAS, on August 2, 2007, this Court consolidated the following related shareholder derivative actions *Wilder v. Doris*, Case No. 07-1500-CW; *Walter v. Doris*, Case No. 07-2344-CW; *Forseth v. Doris*, Case No. 07-3178-CW; and *Doolittle v. Doris*, Case No. 07-3361-CW, appointed plaintiffs Andrew Walter and James Forseth as Lead Plaintiffs ("Lead Plaintiffs") and appointed the law firm of Barroway Topaz Kessler Meltzer & Check LLP as Lead Counsel;[1]

WHEREAS, as the parties previously advised the Court, the parties have reached an agreement in principle to settle this case and are in the process of documenting their settlement;

WHEREAS, by stipulation filed on February 11, 2009, counsel for Lead Plaintiffs and Defendants agreed to extend the time for Defendants to respond to the Consolidated Complaint so that the parties may complete their settlement papers. Specifically, the parties agreed to extend the deadline for Defendants to respond to the Complaint, including any motion to dismiss, until March 17, 2009. The parties further agreed to submit to the Court by this date, either (a) the preliminary approval related settlement papers, or (b) if the parties have not yet reached final agreement on the settlement papers, a status conference statement discussing the status of these efforts;

WHEREAS, as detailed in the Joint Status Conference Statement filed concurrently, though the parties have exchanged comments on an initial draft of the settlement papers, the parties need additional time to finalize these papers;

THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.    Lead Plaintiffs and Defendants agree to submit the preliminary approval related settlement papers to the Court by April 28, 2009.

---

[1] At the time of appointment, the firm's name was Schiffrin Barroway Topaz & Kessler, LLP.

1
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

2. In the event that the parties are unable to reach agreement on the settlement papers and Defendants need to respond to the Complaint, the parties further agree to propose a briefing schedule in a status conference statement to the Court and that no response to the Complaint is due until after the status conference.

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and are without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

**IT IS SO STIPULATED.**

DATED: March 11, 2009                    SIDLEY AUSTIN LLP


                                          /s/ Sara B. Brody
                                         SARA B. BRODY
                                         CAROL LYNN THOMPSON
                                         CECILIA Y. CHAN

                                         Attorneys for Defendant
                                         SONIC SOLUTIONS

*I, Sara B. Brody, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule. In compliance with General Order 45, X.B., I hereby attest that Nichole Browning of Barroway Topaz, Kessler, Meltzer & Check LLP has concurred in this filing.*

DATED: March 11, 2009                    BARROWAY TOPAZ, KESSLER, MELTZER
                                         & CHECK LLP


                                          /s/ Nichole Browning
                                         ERIC L. ZAGAR
                                         NICHOLE BROWNING
                                         DANIEL ALBERT

                                         Attorneys for Lead Plaintiffs
                                         ANDREW WALTER
                                         JAMES FORSETH

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
CASE NO. 07-cv-01500-CW

**ORDER**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED. **THE CASE MANAGEMENT CONFERENCE SET FOR MAY 14, 2009, AT 2:00 P.M., WILL REMAIN ON CALENDAR.**

3/16/09

DATED: _____    _____

                                            The Honorable Claudia Wilken
                                            United States District Judge